Reed R. Kathrein (139304)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Lawrence Gallagher*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**DECLARATION OF REED R KATHREIN IN SUPPORT OF MOTION OF LAWRENCE GALLAGHER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:      May 7, 2019<br>Time:      10:00 AM<br>Courtroom: 6D<br>Judge:     Hon. Fernando M. Olguin |

1115147v1

I, Reed R. Kathrein, declare as follows:

1.    I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Lawrence Gallagher ("Mr. Gallagher" or "Movant"). I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Mr. Gallagher's motion:  (1) to be appointed as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (2) to approve Mr. Gallagher's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (3) for any such other and further relief as the Court may deem just and proper.

2.    Attached hereto as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:  Notice of Pendency of *Dalpoggetto v. Wirecard AG, et al.*, Case No. 2:19-cv-00986, published on February 8, 2019;

Exhibit B:  Movant's Certification;

Exhibit C:  Movant's Loss Calculation; and

Exhibit D:  The firm résumé of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.  Executed this 9th day of April, 2019 at Berkeley,

California.


DATED:  April 9, 2019                              *s/ Reed R. Kathrein*
                                                  Reed R. Kathrein