# Exhibit C

**Loss Analysis for Lawrence Gallagher - Wirecard AG**
**Class Period 04/07/16 - 02/01/19**

| Ticker | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| WRCDF | -$8,808.64 | -$8,808.64 |
| WCAGY | $41,162.87 | $50,743.22 |
| | **$32,354.23** | **$41,934.58** |

**Loss Analysis for Lawrence Gallagher - Wirecard AG (WRCDF)**
**Class Period 04/07/16 - 02/01/19**

| | | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** | 09/26/17 | 40 | $90.1700 | $3,606.80 | 12/18/18 | 139 | $155.8000 | $21,656.20 |
| | 10/12/17 | 104 | $96.0000 | $9,984.00 | 12/19/18 | 4 | $154.0000 | $616.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 144 | **Total Amount Paid in CP** | $13,590.80 | |
| | | | | |
| **Total Shares Sold in CP** | 143 | **Total  Amount Sold in CP** | $22,272.20 | |
| **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 | |
| **Total Shares Sold to Current** | 143 | **Total  Amount Sold to Current** | $22,272.20 | ALTERNATIVE |

**Actual Net Shares Acquired in CP**          1  (CP Retained Shares)

**Net Amount Paid  in CP**          -$8,681.40
**Net Amount Paid in CP Minus Sold to Current Date**          -$8,681.40  ALTERNATIVE

**Calculation Using 90-Day Lookback**

**Net Shares Acquired in CP (CP Retained Shares)**          1  Automatically 0 if Negative
**Net  Shares Acquired During Class Period Held to Current Date**          1  Automatically 0 if  ALTERNATIVE

**90-Day Mean Share Price after last Day of CP**          $127.24280

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price**          $127.24
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price**          $127.24  ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price**          -$8,808.64  ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)**          -$8,808.64
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)**          -$8,808.64  ALTERNATIVE

**Loss Analysis for Lawrence Gallagher - Wirecard AG (WCAGY)**
**Class Period 04/07/16 - 02/01/19**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period Purchases** | 08/29/18 | 877 | $111.1700 | $97,496.09 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | 02/11/19 | 877 | $53.3100 | $46,752.87 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| **Total Shares Acquired in CP** | 877 | **Total Amount Paid in CP** | $97,496.09 |

| | | | | |
|---|---|---|---|---|
| **Total Shares Sold in CP** | 0 | **Total Amount Sold in CP** | $0.00 | |
| **Post CP Shares Sold** | 877 | **Post CP Amount Sold** | $46,752.87 | |
| **Total Shares Sold to Current** | 877 | **Total Amount Sold to Current** | $46,752.87 | ALTERNATIVE |

**Actual Net Shares Acquired in CP**   877   (CP Retained Shares)

| | | |
|---|---|---|
| **Net Amount Paid in CP** | $97,496.09 | |
| **Net Amount Paid in CP Minus Sold to Current Date** | $50,743.22 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

**Net Shares Acquired in CP (CP Retained Shares)**   877   Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date**   0   Automatically 0 if ALTERNATIVE

**90-Day Mean Share Price after last Day of CP**   $64.23400

| | | |
|---|---|---|
| **Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** | $56,333.22 | |
| **Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** | $0.00 | ALTERNATIVE |
| **Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** | $97,496.09 | ALTERNATIVE |

| | | |
|---|---|---|
| **Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** | $41,162.87 | |
| **Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** | $50,743.22 | ALTERNATIVE |