# Exhibit C

**Loss Analysis for Lawrence Gallagher - Wirecard AG**
**Class Period 04/07/16 - 02/01/19**

| Ticker | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| WRCDF | -$8,808.64 | -$8,808.64 |
| WCAGY | $41,162.87 | $50,743.22 |
| | **$32,354.23** | **$41,934.58** |

**Loss Analysis for Lawrence Gallagher - Wirecard AG (WRCDF)**
**Class Period 04/07/16 - 02/01/19**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 09/26/17 | 40 | $90.1700 | $3,606.80 | | 12/18/18 | 139 | $155.8000 | $21,656.20 |
| | 10/12/17 | 104 | $96.0000 | $9,984.00 | | 12/19/18 | 4 | $154.0000 | $616.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Total Shares Acquired in CP | 144 | Total Amount Paid in CP | $13,590.80 | | Total Shares Sold in CP | 143 | Total Amount Sold in CP | $22,272.20 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | | Total Shares Sold to Current | 143 | Total Amount Sold to Current | $22,272.20 ALTERNATIVE |

**Actual Net Shares Acquired in CP**  1  (CP Retained Shares)

Net Amount Paid in CP  -$8,681.40
Net Amount Paid in CP Minus Sold to Current Date  -$8,681.40 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)  1  Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date  1  Automatically 0 if ALTERNATIVE

90-Day Mean Share Price after last Day of CP  $127.24280

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $127.24
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $127.24 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  -$8,808.64 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  -$8,808.64
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  -$8,808.64 ALTERNATIVE

**Loss Analysis for Lawrence Gallagher - Wirecard AG (WCAGY)**
**Class Period 04/07/16 - 02/01/19**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period Purchases** | 08/29/18 | 877 | $111.1700 | $97,496.09 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | 02/11/19 | 877 | $53.3100 | $46,752.87 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Total Shares Acquired in CP | 877 | Total Amount Paid in CP | $97,496.09 | | Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Post CP Shares Sold | 877 | Post CP Amount Sold | $46,752.87 | |
| | | | | | Total Shares Sold to Current | 877 | Total Amount Sold to Current | $46,752.87 | ALTERNATIVE |

| Actual Net Shares Acquired in CP | 877 | (CP Retained Shares) |
|---|---|---|

| | Net Amount Paid in CP | $97,496.09 | |
|---|---|---|---|
| | Net Amount Paid in CP Minus Sold to Current Date | $50,743.22 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| Net Shares Acquired in CP (CP Retained Shares) | 877 | Automatically 0 if Negative |
|---|---|---|
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if l ALTERNATIVE |

| 90-Day Mean Share Price after last Day of CP | $64.23400 |
|---|---|

| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $56,333.22 | |
|---|---|---|
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $97,496.09 | ALTERNATIVE |

| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $41,162.87 | |
|---|---|---|
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $50,743.22 | ALTERNATIVE |