Reed R. Kathrein (139304)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Lawrence Gallagher*
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>　　　　　　　　　Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION OF LAWRENCE GALLAGHER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:　　　May 9. 2019<br>Time:　　　10:00 AM<br>Courtroom:　6D<br>Judge:　　　Hon. Fernando M. Olguin |

10821.11-1118090v1

Class member Lawrence Gallagher ("Mr. Gallagher" or "Movant"), respectfully submits this Memorandum of Points and Authorities in further support of his Motion: (1) to be appointed as Lead Plaintiff in the above-captioned action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (2) to approve Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and 3) for such other relief as the Court may deem just and proper.

Pursuant to the PSLRA's procedural requirements, the named plaintiff in this Action, Mark Dalpoggetto, filed the initial Action and published notice to the class nationally via *BusinessWire* the same day, on February 8, 2019 in accordance with 15 U.S.C. § 78u-4(a)(3)(A)(i).[1] Within sixty days after publication of the notice (an effective deadline of April 9, 2019), class members must move to be appointed as Lead Plaintiff regardless of whether they filed a complaint.[2] Movant Mr. Gallagher met the procedural requirements of the PSLRA by timely moving this Court for appointment as Lead Plaintiff within sixty days of publication of the notice.[3] Accordingly, Movant meets the requirement of 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(aa). No other competing motions have been filed within the required 60-day time period.

---

[1] *See* Ex. "A" to the Declaration of Reed R. Kathrein in Support of Motion to Appoint Lawrence Gallagher as Lead Plaintiff and to Approve His Selection of Lead Counsel ("Kathrein Decl.") (ECF Nos. 14-1; 18-1).

[2] *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(aa).

[3] *See* ECF Nos. 12-14; 15-18.

Moreover, since no class member has filed a competing motion in accordance with the PSLRA's procedural requirements, Movant has the largest known financial interest in the case and is presumptively the "most adequate plaintiff" pursuant to the PSLRA.[4]  The sole class member that could be considered for the role of Lead Plaintiff – named plaintiff Mark Dalpoggetto – purchased less than one-quarter of the shares (with less than one-fifth of the expenditures) that Movant purchased.[5]  Mr. Dalpoggetto is therefore nowhere near the presumptive most adequate plaintiff pursuant to the PSLRA.

As demonstrated in his motion and memorandum in support thereof, Movant satisfies both the typicality and adequacy requirements of Rule 23, thereby warranting his appointment as Lead Plaintiff.  Movant is willing to accept his responsibilities as a class representative and has selected reputable and experienced counsel to represent the class.  Finally, Movant is not subject to any unique defenses that would bar his ability to represent the class.[6]

Accordingly, Movant respectfully requests that the Court appoint him as Lead Plaintiff and approve his selection of Lead Counsel, enter the proposed order submitted with the motion, and schedule a conference within the next 60 days to

---

[4] *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

[5] *Compare* Kathrein Decl. Ex. C [ECF Nos. 14-3; 18-3] (Movant's loss charts) with ECF No. 1-1 (named plaintiff Mark Dalpoggetto's certification).

[6] *See* Kathrein Decl. Ex. D.

MPA IFSO MOT. TO APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL          - 2
Case No.: 2:19-cv-00986-FMO-SK

discuss issues including service on defendants, venue, and the filing of an amended complaint.

Respectfully submitted,

DATE:  April 18, 2019

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Reed R. Kathrein*

REED R. KATHREIN

Reed R. Kathrein
Danielle Smith
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Lawrence Gallagher*