Reed R. Kathrein (139304)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Lawrence Gallagher*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**PROPOSED LEAD PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

010821-11 1123454 V1

Proposed Lead Plaintiff Lawrence Gallagher ("Movant") respectfully responds to the Court's Order to Show Cause, dated April 30, 2019 (ECF no. 22), as to why this action should not be dismissed for lack of prosecution.

This action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4 *et seq*. Under the PSLRA, any putative class member seeking to be appointed as the Lead Plaintiff, including Plaintiff in the instant action, was required to move the Court to serve as Lead Plaintiff by April 9, 2019. *See* 15 U.S.C. § 78u-4(a)(3). Only one putative class member, Movant, filed a motion seeking to be appointed as Lead Plaintiff, and to have Hagens Berman Sobol Shapiro LLP appointed Lead Counsel. (ECF nos. 11 - 14; 16 -18). There were no other movants and the application is uncontested by Plaintiff DalPogetto. Movant's Lead Plaintiff motion remains uncontested by any other class member. Accordingly, as stated in Movant's motion and further briefing filed on April 18, 2019 (ECF no. 21), the Court should appoint Movant as the Lead Plaintiff and Hagens Berman as Lead Counsel.

The party appointed as Lead Plaintiff has the choice to file a consolidated amended complaint that will supersede the current complaint, and to drop or add defendants. Until appointed, Movant has no standing to amend the complaint or serve defendants with the summons and complaint and the Court cannot appoint the Lead Plaintiff before time has run for the applications. Therefore, Movant and his counsel

PROPOSED LEAD PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE          - 1
Case No.: 2:19-cv-00986-FMO-SK

could not have taken any action to expedite his appointment, and control of the case on behalf of the putative class.

While Plaintiff DalPoggetto may have abandoned prosecution of this action, neither Movant nor the members of the class should be penalized for the original plaintiff's inaction or inability to serve Defendants.

For the reasons stated above, regardless of any other consequences to the original plaintiff, Movant respectfully requests that this case not be dismissed for lack of prosecution, and that the Court enter the proposed order appointing Movant as Lead Plaintiff.

Movant also requests that the hearing for May 9, 2019 be taken off calendar as moot, and that the Court allow Movant 60 days to serve the corporate defendant WireCard AG ("WireCard"), and such additional time as is necessary to serve the foreign individual defendants under appropriate international law or otherwise move this Court for relief.

Respectfully submitted,

DATE:  May 3, 2019                HAGENS BERMAN SOBOL SHAPIRO LLP

*s/ Reed R. Kathrein*
Reed R. Kathrein
Danielle Smith
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

PROPOSED LEAD PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE        - 2
Case No.: 2:19-cv-00986-FMO-SK

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Lawrence Gallagher*