UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated | No. 2:19-cv-00986-FMO-SK |
|---|---|
| Plaintiff, | **[PROPOSED AMENDED] ORDER GRANTING THE MOTION OF LAWRENCE GALLAGHER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL** |
| v. | |
| WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL, | Date:      May 9. 2019<br>Time:      10:00 AM<br>Courtroom:  6D<br>Judge:     Hon. Fernando M. Olguin |
| Defendants. | |

010821-11 1123459 V1

Having considered the motion of Lawrence Gallagher for entry of an Order: (1) appointing Lawrence Gallagher ("Movant") as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq*., and (2) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as lead counsel, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The Court hereby appoints Lawrence Gallagher as Lead Plaintiff in this action.  Lawrence Gallagher satisfies the requirements for lead plaintiff appointment under the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act;

2.      Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel, and the Court approves those selections;

3.      Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

4.      Lead Counsel shall have the following responsibilities and duties:

  a.      to coordinate the briefing and argument of motions;

  b.      to coordinate the conduct of discovery proceedings;

  c.      to coordinate the examination of witnesses in depositions;

[PROPOSED AMENDED] ORDER GRANTING MOT. TO APPOINT LEAD PL.
AND APPROVE SELECTION OF COUNSEL                                                                    - 1
Case No.: 2:19-cv-00986-FMO-SK

d.    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

e.    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.    to coordinate all settlement negotiations with counsel for defendants;

g.    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

h.    to supervise any other matters concerning the prosecution, resolution or settlement of this action

5.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.  Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs;

6.    Counsel in any related action that is consolidated with this action shall be bound by this selection of Lead Counsel;

7.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices; and

8.    The parties may effect service of papers on each other by filing such papers with the Court's CM/ECF system.

9.    Lead Plaintiff shall have 60 days from the date of this order to file a proof of service and summons and complaint on Defendants, or otherwise seek appropriate relief should service by other methods become necessary and appropriate given the interational location of defendants.  After Defendants are served, the Court will, either upon submission of a stipulation and proposed order by the parties or by the Court's own motion, set a briefing schedule for any amendment to the complaint and for Defendants' response to an amended complaint.

10.    The hearing on the motion for Lead Plaintiff and approval of Lead Counsel is taken off calendar as moot.


IT IS SO ORDERED.


DATED: _____, 2019    _____
                                                 HON. FERNANDO M. OLGUIN
                                                 UNITED STATES DISTRICT JUDGE


DATED:  May 3, 2019

Respectfully submitted,

*/s/ Reed R. Kathrein*
_____

[PROPOSED AMENDED] ORDER GRANTING MOT. TO APPOINT LEAD PL.
AND APPROVE SELECTION OF COUNSEL                                                    - 3
Case No.: 2:19-cv-00986-FMO-SK

Reed R. Kathrein (139304)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOLS SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff*
*Lawrence Gallagher*