Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>                          Plaintiff,<br><br>    v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>                        Defendants. | Case No.  2:19-cv-00986-FMO-SK<br><br>**EX PARTE APPLICATION FOR ORDER APPOINTING HAGUE CONVENTION INTERNATIONAL PROCESS SERVER**<br><br>Date:       TBD<br>Time:      TBD<br>Courtroom: 6D<br>Judge:    Hon. Fernando M. Olguin |

010821-11 1145840 V1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff" or "Plaintiff") moves this Court pursuant to Rules 4(f)(1) and 4(h)(2) of the Federal Rules of Civil Procedure, Local Rule 7, and this Court's Order Re: Ex Parte Application[1] for an order appointing Crowe Foreign Services ("Crowe"), 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under Jurisdiction of this Court to forward to the Central Authority in the applicable country (Germany), any and all documents to be served in this case in order to effectuate service of process pursuant to Chapter 1, Article 3 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361 ("Hague Service Convention") on non-U.S.-resident defendants: Wirecard AG, Markus Braun, Burkhard Ley, Alexander Von Knoop, Jan Marsalek, and Susanne Steidl (collectively, the "German Defendants").

This Application is based on this Application, the Memorandum of Points and Authorities filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice and any

---

[1] At ECF No. 40 (directing Lead Plaintiff to "effect service of process no later than **September 9, 2019**" and that "Service must be made in accordance with Federal Rule of Civil Procedure 4. The court notes that it will not sanction alternative means of service absent a showing that plaintiff has been diligent in attempting to effect service through the traditional methods allowed under law.") (emphasis in original) (internal citations omitted).

EX PARTE APPLICATION                                                                          - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11 1145840 V1

additional argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: July 9, 2019          HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ *Danielle Smith*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*