# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**[PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER**<br><br>Date:        TBD<br>Time:        TBD<br>Courtroom:   6D<br>Judge:       Hon. Fernando M. Olguin |

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

The Court further orders that service on Defendants pursuant to the Hague Convention may be effected by March 9, 2020, with extensions granted thereafter for good cause.

IT IS SO ORDERED this _____ day of _____, 2019.

BY THE COURT:

_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

DATED:  July 9, 2019

Respectfully submitted,
HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/  Danielle Smith*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202

[PROPOSED] ORDER                                                                                      - 1
Case No.: 2:19-cv-00986-FMO-SK

Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*