Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**DECLARATION OF DANIELLE SMITH IN SUPPORT OF EX PARTE APPLICATION FOR ORDER APPOINTING HAGUE CONVENTION INTERNATIONAL PROCESS SERVER**<br><br>Date:         TBD<br>Time:         TBD<br>Courtroom:  6D<br>Judge:        Hon. Fernando M. Olguin |

010821-11 1145842 V1

I, Danielle Smith, declare as follows:

1.    I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff"). I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Lead Plaintiff's Ex Parte Application for Order Appointing International Process Server (the "Application").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    On Monday, July 8, 2019 at approximately 5:57 p.m., notice of the approximate date and substance of this Application was provided pursuant to Local Rule 7-19.1 telephonically to counsel representing Defendants Wirecard AG, Markus Braun, Burkhard Ley, Alexander Von Knoop, Jan Marsalek, and Susanne Steidl ("Defendants") as follows:

> Michael J. Kahn
> Brian M. Lutz
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA  94105-0921
> Telephone:   (415) 393-8316
>                      (415) 393-8379
> Facsimile:    (415) 393-8306
> Email:         mjkahn@gibsondunn.com
>                      blutz@gibsondunn.com

3.    The telephonic notice provided to Defendants' counsel informed them of all substantive information known to Plaintiffs regarding this Application, namely: the

intention to seek an order appointing International Process Server Crowe Foreign Services as a judicial officer to effect service pursuant to the Hague Service Convention on Defendants, the date and approximate time known to Plaintiffs (evening of July 8, 2019, or morning of July 9, 2019), and the nature of the relief to be requested.

4. On July 8, 2019, Michael J. Kahn, counsel for Defendants, replied telephonically by stating that Defendants do not consent to, and may or not oppose the relief sought.

5. Attached are true and correct copies of the following exhibits:

**Exhibit A**: Electronic Correspondence and Quote for Hague Service to Germany from Crowe Foreign Services;

**Exhibit B**: Electronic Correspondence and Quote for Hague Service to Germany from Process Service Network, LLC;

**Exhibit C**: Electronic Correspondence and Quote for Hague Service to Germany from Judicial Process & Support;

**Exhibit D**: Document containing information on how to obtain assistance in locating a person to be served within Germany, provided by the World Organisation for Cross-border Co-operation in Civil and Commercial Matters ("HCCP"); Germany - Central Authority & practical information (available at: https://assets.hcch.net/upload/civ-reg-info14_de.pdf);

**Exhibit E**: Document containing text of Germany's Objections and Declarations Regarding Articles 5, 8, 10, 15, and 16 of the Hague Service Convention, provided by HCCP; (available at:

https://www.hcch.net/en/instruments/conventions/status-table/notifications/?csid=402&disp=resdn);

**Exhibit F**:    Page One of WireCard AG's Form F-6 Registration Statement; and

**Exhibit G**:    Electronic Correspondence with Process Server from U.S. Document Retrieval Service Inc., 12 West 27th Street, 17th Floor, New York, NY 10001.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 8th day of July, 2019 at Berkeley, California.

DATED:  July 9, 2019                    By:    /s/ *Danielle Smith*
                                                      Danielle Smith