# Exhibit A

**Danielle Smith**

| | |
|---|---|
| **From:** | Natalie Sakamoto <natalie@foreignservices.com> |
| **Sent:** | Thursday, June 13, 2019 9:00 AM |
| **To:** | Danielle Smith |
| **Subject:** | RE: Hague Service in Germany - Request for Quote |
| **Attachments:** | Germany-Oct2018.pdf |

Thank you for your inquiry.

Attached is an information sheet regarding service in Germany.

Please email all filed service documents for a firm quote for translation and service.

From the time we send the documents to Germany and until we will receive the Hague certificate, it will take approximately 3 months. We can provide an affidavit to support an extension.

All we need to get started is one copy of the filed service documents, address for service and prepayment by check or credit card. There will be an order we prepare for your judge to sign.

Thank you.

*Natalie Sakamoto*
Assistant to Celeste Ingalls

**Crowe Foreign Services**
1020 SW Taylor Street, Suite 240
Portland, Oregon 97205, U.S.A.
Tel: 503-222-3085
Fax: 503-352-1091
natalie@foreignservices.com



# <u>Service of Judicial Documents in Germany</u>
## THIS DOES NOT APPLY TO REQUESTS FOR EVIDENCE
<u>This information is not offered as "legal advice" or "legal opinion"</u>

Germany is signatory to the Hague Service Convention. The German government has declared and deemed this method to be the exclusive method of service to be used in Germany. The German government has considered any private attempt to serve process on a German citizen, outside use of the Hague Service Convention, an attack on their judicial sovereignty. In addition, U.S. Appellate Courts have quashed services not effected through one of the designated Central Authorities in Germany, including at least one U.S. court that quashed private service upon AN AMERICAN CITIZEN (criteria being that the defendant was living and working in Germany).

Another key issue is that a foreign court has the ability to interpret the Convention as it sees fit in accordance with its own internal laws.  For example, there have been some German courts that have rejected class action suits and any case that they considered MIGHT be subject to a "Split-Recovery" statute (allowing part of an award to benefit the forum court state), which is contrary to German law, even though no such U.S. statute currently exists that could be defined in the manner interpreted by the German courts (though this specific issue is currently being debated by the German courts and we are informed it will not likely be a problem in the future).

**What we need** to serve in accordance with the **Hague Service Convention** is as follows:

1.    Our fee of **$595** per service. This fee includes preparation of the required Hague documents, international shipping, progress affidavits as needed but does not include service address verification. This fee applies to each service, even if more than one defendant is being served at the same address, or if the same defendant is being served for multiple cases.  However, if the documents exceed 75 pages, including translation, there will be additional shipping costs (a minimum of US$75 and increased relative to the size of the documents). You will also be responsible for any judicial expenses invoiced by the German authorities (**this is rare**).

2.    Translation through our office is at a rate of US$65 per page (based upon an average 250 word page, and word counts are cumulative). Germany has declared that translation of the documents into German is mandatory. This includes any exhibits or attachments. If your office provides the translation, we require that you sign an authorization that you are responsible for any issues arising from the translation (please make sure the translation is absolutely accurate because the German authorities will often return documents unserved due to inaccuracies in the translation). In addition, when the certificate of service is returned, it will be in German and will need to be translated to English for filing with the court. Cost for this is additional and cannot be determined in advance.

3.    An order from the US forum court authorizing us to request Hague service, required by the German courts for us to issue a request for Hague service. We will prepare the order and forward to you for court signature. This order must be translated to German (does not apply to service of documents from Canadian courts). Contact us if you cannot/don't want to obtain this order.  It can be circumvented but removes our connection to the service.

The average turnaround time for service is 3-4 months, but could take longer, and requests for expedited service are not acknowledged by the judicial authorities in Germany. Because of the time involved, we provide affidavits when requested that indicate that the service has been initiated or is still in progress, in compliance with applicable statutes, statement of average service times, and any status information the German courts will provide.

Private service is available but is at risk of being quashed.  Private service cost depends upon location, with an average of $1,895.  If you want private service, we require that you sign our authorization (indicating you have been informed of the potential risk and still want to continue with private service), one set of documents, and name and accurate address of defendant to be served.  This method generally takes about 2 weeks (+/-) to complete.



**1020 SW TAYLOR STREET, SUITE 240**
**PORTLAND, OREGON 97205**
**Phone:  503-222-3085**
**Fax:  503-222-3950**
<u>www.ForeignServices.com</u>



*"Specializing in Serving Process Around the World Since 1981"*

<u>**ALL FEES DUE IN ADVANCE**</u>

*Fees subject to change.  Please call ahead*
*Copyright © 2002 Crowe Foreign Services*

<u>Updated October 1, 2018</u>