# Exhibit B

## Danielle Smith

| | |
|---|---|
| **From:** | Julie <julie@processnet1.com> |
| **Sent:** | Thursday, June 13, 2019 8:58 AM |
| **To:** | Danielle Smith |
| **Subject:** | RE: Hague service in Germany |

**Importance:**    High

Hello Danielle,

Thank you for your inquiry about service in Germany.  We will be pleased to assist you as we handle everything on your behalf.  **If you do not have an address.  We can assist you with a locate.  The fee is USD$685.00.**

- Formal service pursuant to the **Hague Service Convention**.  This method allows for the judgment to be enforced and assets attached in Germany.  The total turnaround time is typically **3-4 months**, depending on the availability of the defendant.  Hague services cannot be expedited and this is the only method for service of process in Germany.  Our fee is USD$695.00. This method requires translation and we offer translation into German at $.38 per word.

- Informal service by private process server is not permitted.

All we will need to get started is for you to send us the service documents combined into one PDF, the service address, and payment.  We accept credit cards, PayPal or checks. Payment can be made online at the bottom of each page on our website.

Our fees are per address and per defendant.

Thank you for the opportunity to be of service.

Julie Perez
Manager of Client Services
**Process Service Network, LLC**
21218 Merridy Street
Chatsworth, CA 91311 USA
800-417-7623
www.processnet1.com/germany.htm
Serving the legal profession since 1978

1