# Exhibit C

**Danielle Smith**

| | |
|---|---|
| **From:** | International Service <global@judicialsupport.com> |
| **Sent:** | Thursday, June 13, 2019 4:55 PM |
| **To:** | Danielle Smith |
| **Subject:** | International service to Germany -- see details below |

Hello Danielle,

Thank you for requesting information regarding International Service of Process to Germany.

We charge a flat rate of **$450.00** under the Hague Convention excluding any translation.

If the official language of your country is not English -- then an official translation will be needed to serve your legal documents.  Please scan and email us a copy of your pleadings for a precise translation quote.

The $450.00 fee includes the following:

**Preparation of the application for (1) defendant.**
**Service fee to the Central Authority up to $100.00**
**Follow-ups after the 3rd month of shipping your package; 3 total follow-ups**
**Preparation of Affidavit in Support of Your Motion for Extension of Time**
**Access to our database 24/7 which stores all your documents for service and back up information on your matter**

Please confirm that you have received this e-mail so we do not worry that the email went into your spam folder.

To start off you can see our video case studies here of our past successful services internationally. We have served thousands of applications in foreign countries.

_____

**This E-Mail Includes Information On:**

- Fee & Payment
- Hague Service Convention Country List
- Certified Translations Requirement
- Internal Procedure and Process
- Turnaround Time
- Address For Service Requirements
- Enforcement of Judgment Information
- Type of Documents We Can Serve Internationally
- What We Require In Order To Get Started

_____

**FEE AND PAYMENT**

The fee for serving under the Hague Convention to any of the below countries is $450.00 U.S. Dollars--this includes the fee to prepare the Request for Service under the Hague Convention to one party. Additional parties are billed at the same rate unless a discount is provided to you and your firm.

Please note, that many of the countries listed below require a "certified translation" of the documents. This rate is separate and will be discussed below. Corporate checks are required and/or cashier's checks for pro se clients.

Price: **$450.00** (Competitors $999)
Contacts Us Now!

## 1-800-852-5002

_____

**Hague Convention Country List:**

Albania, Antigua & Barbuda, Argentina, Armenia, Australia, Bahamas, Barbados, Belarus, Belgium, Belize, Bosnia & Herzegovina, Botswana, Bulgaria, Canada, People's Republic of China, Colombia, Costa Rica, Croatia, Cyprus, Czech Republic, Denmark, Egypt, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, India, Ireland, Israel, Italy, Japan, Kazakhstan, South Korea, Kuwait, Latvia, Lithuania, Luxembourg, Macedonia, Malawi, Malta, Mexico, Monaco, Montenegro, Morocco, Netherlands, Norway, Pakistan, Poland, Portugal, Romania, Russia, Saint Vincent and the Grenadines, San Marino, Serbia, Seychelles, Slovakia, Slovenia, Spain, Sri Lanka, Sweden, Switzerland, The Former Yugoslav Republic of Macedonia, Turkey, Ukraine, United Kingdom of Great Britain, Northern Ireland (Cayman Island, British Virgin Island, London, England, Scotland, Northern Ireland, Wales), United States of America, Venezuela & Vietnam.

If your country is not listed above please contact us directly through this email.
_____

**CERTIFIED TRANSLATIONS**
**TRANSLATION IS NECESSARY:**

Certified translations are required for those countries where the official language is not English.

For example, Latin countries require the documents to be translated to Spanish. Switzerland depending on the State will
require translations either in Italian, German or French and Japan requires the documents also translated into its official language. Even though your party may speak English -- if you are serving a defendant in a foreign country -- a translation is necessary because the Central Authority and the Courts will review your documents in the official language of that country.

If a translation is not submitted -- your application will be denied

**GREAT NEWS!**

We are a full-service company that can handle any translation assignment at a competitive rate. We certify all translation!

**You can reply to this email with your documents to obtain a quote**

_____

**INTERNAL PROCEDURE TO PROCESS**

After receiving your package with the complete payment -- we will begin to prepare your application and package.

Once the documents are prepared then we forward the application to the attorney or pro se client for his/her signature and once we receive the executed documents -- then we will forward to the Central Authority in that specific country who has proper jurisdiction.

_____

## TURNAROUND TIME

The turnaround time for service of process in the above-referenced countries is 3-5  months-- some countries have sooner turnaround time. Once the documents are forwarded to the central authority in the above-referenced countries we must wait until the process is approved for service and service is perfected.

_____

## DOCUMENTS BEING SERVED

The Hague Convention is to serve documents in civil commercial matters. For example Summonses and Complaint are the most common pleadings served under this treaty. SUBPOENAS OR REQUEST FOR EVIDENCE does not fall under this category.

_____

## ADDRESS FOR SERVICE

When serving legal documents abroad -- you want to confirm if possible that the address is the proper address for service. If serving a corporation --Google and investigate the proper address and if necessary contact the company directly. If serving an individual it is necessary that you provide the correct address and that the full address is listed on the Summons. Any problem or deficiency with the address may result in a non-service. If a non-service is returned the whole process needs to be redone and the same fee above of $450.00 will apply.

_____

## ENFORCEMENT OF JUDGMENT

If you are litigating for monetary damages, the only route to serve your legal documents to the above-referenced countries is by following the Hague Convention method. If you serve process by mail or private process server your judgment will not be enforceable.

_____

## Why Choose Us?

- Industry Leader in International Service of Process
- We Have Been in Business Since 2000
- Over 30 Years Legal Experience

- Thousands of Applications Served in Foreign Countries
- We Prepare Status Request Letters
- We Make Status Phone Calls To Foreign Countries

_____

**WHAT WE NEED TO BEGIN THE PROCESS**

In Order To Begin We Would Need The Following:

- Two Sets of the full documents being served
- Summons directed to the defendant and issued by the court
- Complaint (with exhibits--if applicable)
- A brief summary of the case (2-3 sentences would be sufficient)
- Federal Express/UPS Account number to send your legal documents abroad
- Payment in full payable to Judicial Process and Support, Inc. (note: once Request for Service is Prepared the fee paid is non-refundable)
- Payment in full for any translations ordered if applicable

Thank You
Maria

--



19 W Flagler Street, Suite 610 | Miami, FL 33130
Phone: 305.347.3353
E-Mail: Global@judicialsupport.com | Website: www.JudicialSupport.com

*Service Offering:*

- Nationwide Service of Process
- International Service of Process
- Legal Certified Translation in 150 Languages
- Legal Private Investigations

4