# Exhibit D

**How can address details be ascertained in Germany?**

Pursuant to section 44 of the Federal Registration Act [*Bundesmeldegesetz*, BMG], foreign public authorities and foreign private individuals can obtain "basic civil register information" [*einfache Melderegisterauskunft*] about specific persons from the registration authorities in Germany without giving reasons.

Basic civil register information includes:

● surname,

● first name(s),

● doctoral title,

● current addresses,

● and if the person has died, an indication of this fact.

The request must be submitted to the competent registration authority. This is usually the *Bürgeramt* [a municipal office rendering administrative services for the public] in the district where the person is assumed to be resident.

The issuing of civil register information is subject to payment. The actual fee varies from one *Bundesland* [federal state] to another.

One prerequisite for the issuing of civil register information is that the person being sought must be precisely identifiable using the details provided by the requesting party, i.e. a "hit list" cannot be provided.

Furthermore, civil register information cannot be issued if a disclosure ban relating to the person concerned has been registered pursuant to section 41 of the Federal Registration Act, or if the information would conflict in any other way with the protection-meriting interests of the person concerned (section 8 of the Federal Registration Act).

**Apart from the address details, can any further information about a person be requested?**

If the requesting party can substantiate a legitimate interest – which may frequently be the case with legal disputes in civil and commercial matters – the said party can also obtain "extended civil register information" [*erweiterte Melderegisterauskunft*] in accordance with section 45 of the Federal Registration Act.

In addition to the data provided under "basic civil register information", this also includes:

● previous names,

● date and place of birth, as well as country of birth if born outside Germany,

● marital status, limited to whether or not the person is married / in a life partnership,

● current nationalities,

● previous addresses,

● moving-in date and moving-out date,

● surname, first name(s) and address of the person's legal representative,

● surname, first name(s) and address of the person's spouse or life partner,

● date and place of death, as well as country of death if outside Germany.

Requests for extended civil register information must likewise be submitted to the competent registration authority (see above), and the issuing of this information is likewise subject to payment. Furthermore, section 45 (2) of the Federal Registration Act stipulates that whenever extended civil register information is issued, the registration authority must immediately notify the person concerned – stating the identity of the data recipient – unless the data recipient has substantiated a legal interest in non-notification. Such an interest can be present where there is an intention to assert legal claims, for example.

2