# Exhibit F

F-6EF 1 e614529_f6ef-wirecard.htm

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM F-6

REGISTRATION STATEMENT
Under
THE SECURITIES ACT OF 1933
For American Depositary Shares Evidenced by American Depositary Receipts

———————————

# Wirecard AG

(Exact name of Issuer of deposited securities as specified in its charter)

Germany
(Jurisdiction of Incorporation or organization of Issuer)

———————————

## JPMorgan Chase Bank, N.A.

(Exact name of depositary as specified in its charter)

4 New York Plaza, Floor 12, New York, New York 10004
Tel. No.: (800) 990-1135
(Address, including zip code, and telephone number of depositary's principal offices)

———————————

JPMorgan Chase Bank, N.A.
ADR Department
4 New York Plaza, 12th Floor
New York, New York 10004
Tel. No.: (800) 990-1135
(Address, including zip code, and telephone number of agent for service)

———————————

*Copy to:*
Scott A. Ziegler, Esq.
Ziegler, Ziegler & Associates, LLP
570 Lexington Avenue, Suite 2405
New York, New York 10022

It is proposed that this filing become effective under Rule 466

☒     immediately upon filing          ☐  on ___ at ___ a.m. (EST)

If a separate registration statement has been filed to register the deposited shares, check the following box.  ☐

CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered | Proposed Maximum Offering Price Per Unit (1) | Proposed Maximum Aggregate Offering Price (2) | Amount of Registration Fee |
|---|---|---|---|---|
| American Depositary Shares evidenced by American Depositary Receipts, each American | 50,000,000 | $0.05 | $2,500,000 | $251.75 |

| Depositary Share representing one-half of one ordinary share of Wirecard AG | | | | |
|---|---|---|---|---|

(1) Each unit represents one American Depositary Share.

(2) Estimated solely for the purpose of calculating the registration fee.  Pursuant to Rule 457(k), such estimate is computed on the basis of the maximum aggregate fees or charges to be imposed in connection with the issuance of such Receipts evidencing such American Depositary Shares.

I-1