# Exhibit G

**Danielle Smith**

| | |
|---|---|
| **From:** | Lucas Gilmore |
| **Sent:** | Monday, July 8, 2019 4:37 PM |
| **To:** | Danielle Smith |
| **Subject:** | FW: Please Serve Summons, etc. |

Lucas Gilmore | **Hagens Berman Sobol Shapiro LLP |** Direct: (510)725-3052

**From:** Lisa Lin <LisaL@hbsslaw.com>
**Sent:** Tuesday, May 21, 2019 12:08 PM
**To:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** Fwd: Please Serve Summons, etc.

Hi Lucas,

I'll file the attached tomorrow.

Begin forwarded message:

> **From:** Local <local@usretrieval.com>
> **Date:** May 21, 2019 at 10:37:20 AM PDT
> **To:** Lisa Lin <LisaL@hbsslaw.com>
> **Subject: RE: Please Serve Summons, etc.**
>
> Hi Lisa
>
> This is completed, I'm just waiting on the affidavit from the server I will send it over as soon as I have it.
>
> Best,
>
> # Dean DiGregorio
> **Manager**
> **U.S. Document Retrieval Service Inc.**
> **12 West 27th Street, 17th Floor**
> **New York, NY 10001**
> **PLEASE NOTE OUR NEW OFFICE ADDRESS**
> **Phone: 212-528-0777**
> **Fax: 888-368-1324**
> **Email: orders@usretrieval.com**
> www.usretrieval.com
>
> **From:** Local
> **Sent:** Wednesday, May 15, 2019 4:38 PM
> **To:** Lisa Lin <LisaL@hbsslaw.com>
> **Subject:** RE: Please Serve Summons, etc.

1

Will do.

Best,

# Dean DiGregorio

**Manager**
**U.S. Document Retrieval Service Inc.**
**12 West 27th Street, 17th Floor**
**New York, NY 10001**
**PLEASE NOTE OUR NEW OFFICE ADDRESS**
**Phone: 212-528-0777**
**Fax: 888-368-1324**
**Email: orders@usretrieval.com**
www.usretrieval.com

---

**From:** Lisa Lin <LisaL@hbsslaw.com>
**Sent:** Wednesday, May 15, 2019 4:31 PM
**To:** Local <local@usretrieval.com>
**Cc:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** FW: Please Serve Summons, etc.

Hi Dean,

I just heard back – let's add this onto the packet. So there'll be 2 summons in the service, please.

Thanks for double checking!!

Best,
Lisa

Lisa Lin | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3029

---

**From:** Lisa Lin
**Sent:** Wednesday, May 15, 2019 12:54 PM
**To:** Local <local@usretrieval.com>
**Cc:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** RE: Please Serve Summons, etc.

Hi Dean,

The Court just issued the summons to JP Morgan c/o CT Corp (attached). Please serve with the documents we sent Monday.

Thanks so much!

Lisa Lin | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3029

**From:** Local <local@usretrieval.com>
**Sent:** Monday, May 13, 2019 1:12 PM
**To:** Lisa Lin <LisaL@hbsslaw.com>
**Cc:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** RE: Please Serve Summons, etc.
**Importance:** High

Hi Lisa

Service was refused & access denied at JP Morgan Chase.  Lobby security called upstairs and was told all legal papers must be served c/o their registered agent, CT Corporation System.

Please advise how you would like us to proceed?

Best,

# Dean DiGregorio

**Manager**
**U.S. Document Retrieval Service Inc.**
**12 West 27th Street, 17th Floor**
**New York, NY 10001**
**PLEASE NOTE OUR NEW OFFICE ADDRESS**
**Phone: 212-528-0777**
**Fax: 888-368-1324**
**Email: orders@usretrieval.com**
www.usretrieval.com

---

**From:** Local
**Sent:** Friday, May 10, 2019 2:46 PM
**To:** Lisa Lin <LisaL@hbsslaw.com>
**Cc:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** RE: Please Serve Summons, etc.

Got it. I will advise the server.

Thanks

# Dean DiGregorio

**Manager**
**U.S. Document Retrieval Service Inc.**
**12 West 27th Street, 17th Floor**
**New York, NY 10001**
**PLEASE NOTE OUR NEW OFFICE ADDRESS**
**Phone: 212-528-0777**
**Fax: 888-368-1324**
**Email: orders@usretrieval.com**
www.usretrieval.com

---

**From:** Lisa Lin <LisaL@hbsslaw.com>
**Sent:** Friday, May 10, 2019 2:37 PM
**To:** Local <local@usretrieval.com>

**Cc:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** RE: Please Serve Summons, etc.

Hi Dean,

We'd like for you to attempt service at that address specifically because Wirecard listed that JPMorgan office as their registered agent in their Form 6 ADR Registration Statement (screenshot below, if it helps).

F-6EF 1 e614529_f6ef-wirecard.htm

Thanks so much!!

Best,
Lisa

4

Lisa Lin | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3029

---

**From:** Local <local@usretrieval.com>
**Sent:** Friday, May 10, 2019 11:18 AM
**To:** Lisa Lin <LisaL@hbsslaw.com>
**Cc:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** RE: Please Serve Summons, etc.

Hi Lisa

Are you sure they accept service of process at the address you are supplying?

Please see response from my server below:

Service upon JPMorgan must be served c/o their registered agent, CT Corporation System.  They will not accept service at any location unless you want to drop serve at a branch?

Please let me know how you would like us to proceed?

Best,

# Dean DiGregorio

**Manager**
**U.S. Document Retrieval Service Inc.**
**12 West 27th Street, 17th Floor**
**New York, NY 10001**
**PLEASE NOTE OUR NEW OFFICE ADDRESS**
**Phone: 212-528-0777**
**Fax: 888-368-1324**
**Email: orders@usretrieval.com**
www.usretrieval.com

---

**From:** Lisa Lin <LisaL@hbsslaw.com>
**Sent:** Friday, May 10, 2019 1:27 PM
**To:** Orders <orders@usretrieval.com>
**Cc:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** Please Serve Summons, etc.

Good afternoon,

Would you please serve the attached to:


JPMorgan Chase Bank, N.A.

ADR Department

4 New York Plaza, 12th Floor

New York, New York 10004

Tel. No.: (800) 990-1135

Documents in the zip folder include:
1. Summons Issued, ECF 28
2. Complaint, ECF 1
3. Civil Cover Sheet, ECF 2
4. Notice of Assignment to Judge Olguin, ECF 5
5. Notice to Parties of Court-Directed ADR Programm, ECF 6
6. OSC, ECF 9
7. Response to OSC, ECF 10
8. OSC,ECF 22
9. Response to OSC, ECF 23
10. Order Granting Lead, ECF 25
11. Judge Olguin's Initial Standing Order

Please charge to client/matter 10828.11.

Thank you!!

Best,
Lisa

**Lisa Lin** | Paralegal
**Hagens Berman Sobol Shapiro LLP**
715 Hearst Avenue, Suite 202, Berkeley, CA 94710
Direct: (510) 725-3029
LisaL@hbsslaw.com | www.hbsslaw.com

Firm News | Cases | Twitter | Facebook

Named 2018 Titan of the Plaintiffs' Bar by *Law360* and received the Plaintiffs' Trailblazer Award in 2017 from *The National Law Journal*