BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
  mjkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>            Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**DEFENDANTS' OPPOSITION TO *EX PARTE* APPLICATION FOR ORDER APPOINTING HAGUE CONVENTION INTERNATIONAL PROCESS SERVER**<br><br>**Hearing:**<br>Date:        TBD<br>Time:        TBD<br>Place:       Courtroom 6D<br>Judge:      Hon. Fernando M. Olguin<br><br>Action Filed:        February 8, 2019 |

Gibson, Dunn &
Crutcher LLP

DEFENDANTS' OPPOSITION TO *EX PARTE* APPLICATION
CASE NO. 2:19-cv-00986-FMO-SK

The Court should deny Plaintiff's request for relief from this Court's order requiring Plaintiff to serve Defendants by September 9, 2019 because Plaintiff has failed to establish "extraordinary circumstances" warranting "further extensions of time." Dkt. 40. Despite knowing from the outset of this case that all of the Defendants reside in Germany, Plaintiff waited until June 13, 2019 to take *any* steps to effect service on Defendants pursuant to the Hague Convention. *See* Declaration of Danielle Smith (Dkt. 41-3), Exhibits A-C (Ms. Smith's requests for quotes to serve Defendants pursuant to the Hague Convention, all dated June 13, 2019). Plaintiff's own delay cannot create "extraordinary circumstances" warranting relief from this Court's June 12, 2019 Order.

Ignoring his obligation to demonstrate "extraordinary circumstances," Plaintiff instead argues he has "good cause" to set aside the June 12, 2019 Order because he "has been diligent in attempting service on Defendants." Memorandum of Points and Authorities in Support of *Ex Parte* Application (Dkt. 41) ("App.") at 5. Plaintiff claims that he has been "diligent" because on May 16, 2019 he served JPMorgan Chase Bank, N.A. ("JPM"), which Plaintiff falsely claims is "the agent for service WireCard identified on its Registration Statement filed on Form F-6 with the SEC." *Id.*

As Plaintiff knows, however, JPM is not the agent of service for Wirecard (or any of the other Defendants). Dkt. 39-1, ¶¶ 2-3. JPM filed the Form F-6 registering the American Depositary Receipts ("ADRs") at issue in this case. *See* Dkt. 39 at 2; Dkt. 39-1, ¶ 4; Dkt. 39-2. These ADRs are "unsponsored," meaning that Wirecard had no involvement in registering them or facilitating their trading. *See* Securities and Exchange Commission, "Investor Bulletin: American Depositary Receipts" at 2, *available at* https://www.sec.gov/investor/alerts/adr-bulletin.pdf. Indeed, Plaintiff has acknowledged that his purported service on JPM was deficient by repeatedly asking the Court for more time to serve the Defendants. *See* Dkts. 38, 41.

1
DEFENDANTS' OPPOSITION TO *EX PARTE* APPLICATION
CASE NO. 2:19-cv-00986-FMO-SK

Nor has Plaintiff offered any basis—let alone supporting authority—for this Court to appoint an international process server to assist Plaintiff in his attempt to serve process under the Hague Convention.  It is Plaintiff's obligation to effect proper service of the summons and complaint on the foreign defendants in this case, and to do so without special accommodations provided by this Court.

For these reasons, Plaintiff has failed to establish extraordinary circumstances warranting an additional six months for Plaintiff to serve process on German defendants who never should have been sued in this Court in the first place.  Plaintiff's *ex parte* application should be denied.

Dated:  July 10, 2019

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Brian M. Lutz
Brian M. Lutz
Michael J. Kahn
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com
mjkahn@gibsondunn.com

*Attorneys for Defendants*