# Exhibit B

Mitra M. Eskandari-Azari (SBN: 261978)     E-Filed: 02.01.10
mitra.azari@alston.com
**ALSTON + BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, California 90071
Telephone: (213) 576-1000; Facsimile: (213) 576-1100

Yitai Hu (SBN: 248085)
yitai.hu@alston.com
Elizabeth H. Rader (SBN: 184963) (*Admission Pending*)
elizabeth.rader@alston.com
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:  (650) 838-2000; Facsimile: (650) 838-2001

Attorneys for Plaintiff
**Clevo Co.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVO CO, a Taiwan Corporation, | Case No.: CV-09-09135 MMM (MANx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |
| HECNY SHIPPING LTD, a HONG KONG Corporation; HECNY GROUP, MANAUS-AM, BRASIL and HECNY TRANSPORTATION, INC, a California Corporation. | |
| Defendants. | |

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby grants Plaintiff Clevo  CO's *ex parte* application and appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under Jurisdiction of this Court to

1

forward to the Central Authority in the applicable country, any and all documents to be served in this case.

**IT IS SO ORDERED.**

**Date:  February 01, 2010**

BY THE COURT:

Hon. Margaret M. Morrow

[PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER
LEGAL02/31733142v1