# Exhibit C

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GERALD JOHNSON, an Individual; JERRILEE JOHNSON, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV 14-6313 FMO (VBKx)<br><br>**ORDER AUTHORIZING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>**[Pursuant to Fed.R.Civ.P., Rule 4.1; Local Rule 64.2]** |

IT IS HEREBY ORDERED, in accordance with Plaintiff ADOBE SYSTEMS INCORPORATED's, request pursuant to *Federal Rules of Civil Procedure*, Rule 4.1, and Local Rule 64-2, that a process server from ABC Legal Services Inc., who is at least 18 years of age, of suitable discretion, and not a party to this action, be authorized and appointed to serve writ of execution and all ancillary post-judgment documents in the above-entitled case. The U.S. Marshal's Office shall remain the Levying Officer if necessary.

IT IS SO ORDERED.

DATED: June 17, 2015

cc: U.S. Marshals

By: _____/s/_____
Hon. FERNANDO M. OlGUIN
United States District Court Judge

- 1 -
ORDER AUTHORIZING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER