Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com


*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>                              Plaintiff,<br><br>     v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>                              Defendants. | Case No.  2:19-cv-00986-FMO-SK<br><br>**REPLY IN FURTHER SUPPORT OF EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR INTERNATIONAL SERVICE OF PROCESS**<br><br>Date:         TBD<br>Time:         TBD<br>Courtroom:  6D<br>Judge:        Hon. Fernando M. Olguin |

010821-11/1208932 V1

Defendants' opposition only supports the conclusion that this Court should grant Lead Plaintiff's Ex Parte Application,[1] and enter an Order extending time for Crowe Foreign Services to finalize service on Defendants pursuant to the Hague Service Convention to February 21, 2020.

*First*, Lead Plaintiff has already undertaken all necessary steps to effectuate service.  Defendants do not dispute that service is properly being effectuated pursuant to the Hague Service Convention.  It is very possible that Defendants may have *already* been served in Germany.  Defendants fail to demonstrate that Lead Plaintiff has caused any undue delay in serving Defendants.  Defendants do not dispute that Lead Plaintiff was appointed on May 6, 2019, and clearly could not have undertaken efforts to serve Defendants before he was even a party to the action.  Once appointed, Lead Plaintiff immediately made repeated attempts to informally effect service on the named defendants.  It was because of these efforts that Defendants received the summons and complaint through their agents on more than one occasion.  And it was only because Defendants refused to waive service of the summons pursuant to Rule 4(d)(2) that Lead Plaintiff was forced into a lengthy international service process.

*Second*, Defendants once again fail to articulate any prejudice, legal or equitable, that will be caused should the Court grant the requested extension on the deadline to serve Defendants.  Defendants do not dispute that the 90-day service

---

[1] *See* ECF No. 48.

REPLY IFSO EX PARTE APPLICATION                                                     - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1208932 V1

deadline provided in Federal Rule of Civil Procedure 4(m) is inapplicable to service on foreign defendants, or that service of German residents under the Hague Convention is a lengthy process, or that the requested extension will not be necessary to complete such service.  Further, Defendants again fail to articulate how or why this brief extension will adversely impact their ability to defend themselves against Lead Plaintiff's claims.

*Finally*, Defendants' jurisdictional arguments are a last-ditch effort to re-hash a previously addressed matter (*see* ECF Nos. 9-10) and are in any event improperly raised in conjunction with the requested relief.

Accordingly, the requested relief should be granted.

DATED: November 8, 2019          HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/ *Danielle Smith*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292

Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*

REPLY IFSO EX PARTE APPLICATION
Case No.: 2:19-cv-00986-FMO-SK                                                                      - 3
010821-11/1208932 V1