Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>                              Plaintiff,<br><br>        v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>                              Defendants. | Case No.  2:19-cv-00986-FMO-SK<br><br>**REPLY IN FURTHER SUPPORT OF EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR INTERNATIONAL SERVICE OF PROCESS**<br><br>Date:        TBD<br>Time:        TBD<br>Courtroom:  6D<br>Judge:       Hon. Fernando M. Olguin |

010821-11/1208932 V1

Defendants' opposition only supports the conclusion that this Court should grant Lead Plaintiff's Ex Parte Application,[1] and enter an Order extending time for Crowe Foreign Services to finalize service on Defendants pursuant to the Hague Service Convention to March 15, 2020.

*First*, although it is possible that the Individual German Defendants have already been served in Germany, it is appropriate for the Court to allow a short amount of additional time to permit Crowe Foreign Services (the court-designated international process server) to receive confirmation of such service from the German Central Authority.  Lead Plaintiff has taken all necessary steps to effectuate service, and Defendants do not dispute that service is properly being effectuated pursuant to the Hague Service Convention, as the uncontested service of Defendant Wirecard AG demonstrates.

*Second*, Defendants have not identified any prejudice, legal or equitable, that will be caused should the Court grant the requested extension on the deadline to serve the Individual German Defendants.  Defendants do not dispute that the requested extension is consistent with the parties' stipulated briefing schedule, that the requested extension will not have any disruptive or adverse effect on the progression of this case, that the 90-day service deadline provided in Federal Rule of Civil Procedure 4(m) is inapplicable to service on foreign defendants, that service of German residents under

---

[1] *See* ECF No. 55.

REPLY IFSO EX PARTE APPLICATION
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1208932 V1

- 1

the Hague Convention is a lengthy process, or that the requested extension will not be necessary to complete such service.  Further, Defendants again fail to articulate how or why this brief extension will adversely impact their ability to defend themselves against Lead Plaintiff's claims.

*Finally*, Defendants' jurisdictional arguments are again improperly raised in conjunction with the requested relief, and, in any event, have already been addressed (*see* ECF Nos. 9-10).

Accordingly, the requested relief should be granted.

DATED: January 16, 2020            HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/ *Danielle Smith*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*

REPLY IFSO EX PARTE APPLICATION                                                   - 2
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1208932 V1