Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated <br><br> Plaintiff, <br><br> v. <br><br> WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL, <br> Defendants. | Case No.  2:19-cv-00986-FMO-SK <br><br> **EX PARTE APPLICATION FOR ORDER STAYING CASE** <br><br> Date:       TBD <br> Time:       TBD <br> Courtroom:  6D <br> Judge:      Hon. Fernando M. Olguin |

010821-11/1254844 V1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff" or "Plaintiff") moves this Court for an order temporarily staying all proceedings pending the publication and review of results of a special audit of Defendant Wirecard AG's ("Wirecard" or the "Company") accounting practices by KPMG, whose investigation was stalled in part due to corona virus-related travel restrictions. Plaintiff hereby requests that the Court stay all proceedings until sixty (60) days after the publication of KPMG's audit results (to **June 22, 2020**).

This Application is based on this Application, the Memorandum of Points and Authorities filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice and any additional argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: April 8, 2020                    HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ *Danielle Smith*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

EX PARTE APPLICATION                                                          - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1254844 V1

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*

EX PARTE APPLICATION                                                                                          - 2
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1254844 V1