Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>                              Plaintiff,<br><br>     v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>                              Defendants. | Case No.  2:19-cv-00986-FMO-SK<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER STAYING CASE**<br><br>Date:          TBD<br>Time:          TBD<br>Courtroom:  6D<br>Judge:         Hon. Fernando M. Olguin |

010821-11/1254845 V1

### **MEMORANDUM OF POINTS AND AUTHORITIES**

Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff" or "Plaintiff"), by and through his undersigned counsel, hereby moves this Court for an order temporarily staying all proceedings pending the publication and review of results of a special audit of Defendant Wirecard AG's ("Wirecard" or the "Company") accounting practices by KPMG, whose investigation was stalled in part due to corona virus-related travel restrictions. Plaintiff hereby requests that the Court stay all proceedings until sixty (60) days after the publication of KPMG's audit results (to June 22, 2020).

## I.    Introduction

Last month, Wirecard announced that a special audit of its accounting by KPMG is now expected to be completed by the end of April. Wirecard's annual financial statements and its annual press conference were likewise pushed back to the end of April. KPMG's audit had originally been scheduled to conclude in March, with publication on April 8, 2020. However, as stated in Wirecard's recent announcement, the investigation is now expected to be completed by April 22, 2020. In relevant part, Wirecard's announcement stated:

> The investigation of third-party partner business (TPA) is still ongoing and is expected to be completed by 22 April 2020 at the latest. The extensive inspection of relevant documents, including those of external companies, and corona virus-related travel restrictions make the extended timeframe necessary. Accordingly, the Management Board of Wirecard AG today decided to postpone publication of the annual

MPA ISO EX PARTE APPLICATION                                                          - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1254845 V1

financial statements and the annual press conference (previously April 8, 2020) to April 30, 2020.[1]

In accordance with Wirecard's representations above, KPMG's audit is expected to be completed by April 22, 2020, and the release of the Company's annual financial statements and press conference are expected to take place on April 30, 2020.

Good cause exists to grant the stay because the results of KPMG's wide-ranging investigation are potentially dispositive to the instant action. The investigation was launched in October 2019 in response to the *Financial Times*' reports that Wirecard's sales and profits appeared to have been fraudulently inflated at the Company's businesses in Dubai and Ireland, among other allegations. The alleged fraudulent accounting practices, including the Company's alleged fiscal improprieties involving its third-party partner businesses, are central to the claims of the First Amended Complaint (*see* ECF No. 62).

Accordingly, Lead Plaintiff requests that the Court enter an Order temporarily staying this case to June 22, 2020 to allow the minimal expected time to allow for the publication and review of KPMG's audit results.

Lead Plaintiff provided telephonic and electronic notice to Defendants' counsel prior to filing this ex parte application, who stated that they intend to oppose the

---

[1] *Wirecard AG: KPMG's special audit*, Mar. 12, 2020 (*available at* https://ir.wirecard.com/websites/wc/English/3150/financial-news.html?newsID=1923069) (last accessed April 7, 2020).

MPA ISO EX PARTE APPLICATION                                                    - 2
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1254845 V1

requested relief.  Smith Decl. ¶¶ 2-4.  Pursuant to Local Rule 7-19, the name, address, telephone number and e-mail address of Defendants' counsel are as follows:

> Brian M. Lutz
> Michael J. Kahn
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA  94105-0921
> Telephone:  (415) 393-8379
>                      (415) 393-8316
> Facsimile:   (415) 393-8306
> Email:         blutz@gibsondunn.com
>                      mjkahn@gibsondunn.com

## II.   Argument

### A.   This Court is Authorized to Stay the Case.

It is settled that district courts have the broad authority to stay proceedings before them. *Abu-Hajar v. Autonation, Inc.*, No. CV 17-03505-BRO (AGRx), 2017 U.S. Dist. LEXIS 224093, at *5 (C.D. Cal. Aug. 17, 2017) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (*quoting Landis v. N. Am. Co.*, 299 U.S. 248, 254-55, 57 S. Ct. 163, 81 L. Ed. 153 (1936)); *see also In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 817 (C.D. Cal. 2004) (same); *Barron v. Deutsche Bank AG*, No. SA CV04-0401 AHS (ANx), 2004 U.S. Dist. LEXIS 28029, at *5 (C.D. Cal. Dec. 31, 2004) (same).

## B.    Good Cause Exists for a Short Temporary Stay.

Factors considered by courts in deciding whether to stay an action include: (1) whether a stay will simplify the issues in the litigation; (2) whether discovery is completed and whether a trial date is set; (3) and whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party. *IMAX Corp. v. In-Three, Inc.*, 385 F. Supp. 2d 1030, 1032 (C.D. Cal. 2005) (*citing Guthy-Renker Fitness L.L.C. v. Icon Health and Fitness, Inc.*, 48 U.S.P.Q. 2d 1058 (C.D. Cal. 1998)). Here, KPMG's audit results will simplify the issues in the litigation, since, as stated above, the audit is expected to directly investigate the alleged fraudulent accounting practices central to the allegations of the Amended Complaint. At present, the litigation is still in its early stages. No discovery has been completed, and no trial date has been set. Moreover, there is no discernable prejudice to Defendants, particularly considering the short time frame of the requested stay.

Finally, a stay will also serve the interests of the Court. First, the audit results could narrow the scope of the parties' dispute. Second, while Plaintiff's opposition to Defendants' motion to dismiss is due next week, the opposition could be substantially impacted by the results of the KPMG audit. Consideration of Plaintiff's opposition before the impending results of the audit are released would therefore be a waste of the Court's time. Accordingly, staying this matter pending the results of KPMG's audit will promote judicial economy and conserve the resources of all parties and the Court.

MPA ISO EX PARTE APPLICATION                                                                                        - 4
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1254845 V1

## III.   Conclusion

For all the foregoing reasons, Lead Plaintiff respectfully requests that the Court enter an order staying all proceedings until sixty (60) days after the publication of KPMG's audit results (to June 22, 2020).

DATED: April 8, 2020                        HAGENS BERMAN SOBOL SHAPIRO LLP

By:____/s/ *Danielle Smith*_____
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*