Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**DECLARATION OF DANIELLE SMITH IN SUPPORT OF EX PARTE APPLICATION FOR ORDER STAYING CASE**<br><br>Date:          TBD<br>Time:          TBD<br>Courtroom:  6D<br>Judge:        Hon. Fernando M. Olguin |

010821-11/1254846 V1

I, Danielle Smith, declare as follows:

1. I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Lead Plaintiff's Ex Parte Application for an Order Staying Case (the "Application"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On Wednesday, April 8, 2020 at approximately 2:45 p.m., notice of the approximate date and substance of this Application was provided pursuant to Local Rule 7-19.1 telephonically, and by follow-up electronic correspondence at 4:16 p.m., to counsel representing Defendants Wirecard AG, Markus Braun, Burkhard Ley, Alexander Von Knoop, Jan Marsalek, and Susanne Steidl ("Defendants") as follows:

> Michael J. Kahn
> Brian M. Lutz
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA  94105-0921
> Telephone:  (415) 393-8316
>                     (415) 393-8379
> Facsimile:   (415) 393-8306
> Email:        mjkahn@gibsondunn.com
>                     blutz@gibsondunn.com

3. The telephonic and electronic notice provided to Defendants' counsel informed them of all substantive information known to Plaintiffs regarding this Application, namely: the intention to seek an order temporarily staying this case, the

DECL. ISO EX PARTE APP                                                                                          - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1254846 V1

date and approximate time known to Plaintiffs, and the nature of the relief to be requested.

4.    On April 8, 2020, Brian M. Lutz, counsel for Defendants, replied via e-mail, stating that Defendants will oppose the relief sought.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 8th day of April, 2020 at Berkeley, California.

DATED:  April 8, 2020                    By:   /s/ *Danielle Smith*
                                                        Danielle Smith