# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**[PROPOSED] ORDER STAYING CASE**<br><br>Date:       TBD<br>Time:       TBD<br>Courtroom:  6D<br>Judge:      Hon. Fernando M. Olguin |

This matter comes before the Court on the Application of Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff") for an Order temporarily staying this case pending the publication and review of results of a special audit of Defendant Wirecard AG's accounting practices by KPMG, to June 22, 2020.

Having reviewed the materials submitted and being fully advised, the Court GRANTS Lead Plaintiff's motion, and hereby orders that this case is STAYED until **June 22, 2020**. The parties are to confer and provide the court with a revised briefing schedule no later than **June 30, 2020**.

IT IS SO ORDERED.

DATED: _____, 2020    _____

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER STAYING CASE                                                                    - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1254847 V1

DATED:  April 8, 2020

Respectfully submitted,
HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/  Danielle Smith*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*