UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER STAYING CASE** |

Before the Court is Plaintiff's *Ex Parte* Application for Order Staying Case ("*Ex Parte* Application").  Having reviewed and considered all submissions in favor of, and opposed to, Plaintiff's *Ex Parte* Application, all related filings, and the record before the Court, **IT IS HEREBY ORDERED** that:

Plaintiff's *Ex Parte* Application is DENIED.

**IT IS SO ORDERED.**

DATE: _____    _____
Judge Fernando M. Olguin
United States District Judge

1
[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION
CASE NO. 2:19-cv-00986-FMO-SK