Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>Defendants. | Case No.  2:19-cv-00986-FMO-SK<br><br>**LEAD PLAINTIFFS'** *EX PARTE* **APPLICATION TO STAY BRIEFING ON MOTION TO DISMISS, NOTICE OF INTENT AND REQUEST TO FILE MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT**<br><br>Date:       TBD<br>Time:       TBD<br>Courtroom:  6D<br>Judge:      Hon. Fernando M. Olguin |

010821-11/1260814 V1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7-19, Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff" or "Plaintiff") hereby gives notice that he intends to file a Motion for Leave to Amend the First Amended Class Action Complaint for Violation of the Federal Securities Laws and requests permission to file within 30 days of Wirecard AG's ("Wirecard" or the "Company") publication of its second quarter financial results for the period ended June 30, 2020 ("Q2 2020"), incorporating its financial results for that period. Wirecard's Q2 2020 financial results is likely to be filed on or about August 5, 2020. In addition, Plaintiff hereby requests that the Court stay all briefing on the pending motion to dismiss the First Amended Class Action Complaint for Violation of the Federal Securities Laws ("First Amended Complaint").

The request to amend the complaint is necessitated by new disclosures, revealed just two days ago, of multiple adverse findings from KPMG's audit of Wirecard, an expanded class period incorporating the new disclosures, and the pending release of financial statements relevant to the expanded class period. The new disclosures were made after months of brazen and repeated assurances by Wirecard that KPMG had made no significant adverse findings regarding the Company's accounting practices.

Good cause exists for granting Lead Plaintiffs' *ex parte* application because class members will suffer undue prejudice without the requested expedited relief, and

EX PARTE APPLICATION                                                                                          - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1260814 V1

because the proposed amendments will not prejudice Defendants, are timely made in good faith, and are not futile.

This Application is based on this Application, the Memorandum of Points and Authorities filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice and any additional argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: April 30, 2020          HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ *Danielle Smith*
      DANIELLE SMITH

Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*