# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br>Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**[PROPOSED] ORDER STAYING CASE**<br><br>Date:        TBD<br>Time:        TBD<br>Courtroom:   6D<br>Judge:       Hon. Fernando M. Olguin |

This matter comes before the Court on the Application of Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff") for an Order to Stay Briefing on Motions to Dismiss, Notice of Intent and Request to File Motion for Leave to Amend the First Amended Complaint.

Having reviewed the materials submitted and being fully advised, the Court hereby orders as follows:

(a) All briefing addressing the First Amended Complaint are hereby vacated; and

(b) Plaintiffs shall file their motion for leave to amend the First Amended Complaint within 30 days following Wirecard's filing of finalized financial results for Q2 2020.

IT IS SO ORDERED.

DATED: _____, 2020        _____

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER STAYING CASE                                                    - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1260815 V1

DATED:  April 30, 2020

Respectfully submitted,
HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/  Danielle Smith*
        DANIELLE SMITH

Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*