# Exhibit A

Case 2:20-cv-05017-AB   Document 74-4   Filed 04/30/20   Page 2 of 3

**Wirecard AG**

# wirecard

**WKN:** 747206     **ISIN:** DE0007472060     **Land:** Deutschland

Nachricht vom 12.03.2020 | 23:03

**Wirecard: KPMG's special audit has no impact on the annual financial statements of the period under review in the areas of investigation India, Singapore and Merchant Cash Advance. The investigation of third-party partner business is still ongoing.**

```
DGAP-News: Wirecard AG / Key word(s): Miscellaneous
12.03.2020 / 23:03
The issuer is solely responsible for the content of this announcement.
```

Wirecard AG has recently been informed by the auditing company KPMG that KPMG has largely completed its special investigation into the public allegations concerning Wirecard AG's business activities in India and Singapore and the Merchant Cash Advance (MCA) / Digital Lending division. From today's perspective, these parts of the special investigation have not produced any substantial findings in these areas of investigation that would lead to a need for correction of the annual financial statements for the 2016, 2017 and 2018 investigation periods.

The investigation of third-party partner business (TPA) is still ongoing and is currently expected to be completed by 22 April 2020. The background to this is the extensive and detailed examination, which necessitates a more comprehensive inspection of relevant internal documents of the Wirecard Group and external companies. The timeframe of the special investigation must also be extended due to current corona virus-related travel restrictions, especially in Asian countries.

Since October 2019, KPMG has been conducting a special audit on behalf of the Supervisory Board of Wirecard AG in order to clarify the accusations of balance sheet manipulation made against the company by media. In particular, the accusations made against the business activities of Wirecard AG on Indian territory (EMIF1A / Hermes i-Tickets Private Ltd), in the city-state of Singapore as well as the business segments of pre-financing of receivables (Merchant Cash Advance (MCA) / Digital Lending) and third-party partner business (3rd Party Acquiring / TPA) are being investigated. In the interests of transparent processes, Wirecard AG will publish the complete KPMG investigation report on its homepage in the "Transparency" section immediately upon receipt.

In order to be able to take due account of KPMG's audit findings within the context of the ongoing preparation and audit of the annual and consolidated financial statements for fiscal 2019, the Management Board today decided to postpone publication of the annual financial statements and the annual press conference (previously April 8, 2020) to April 30, 2020.

```
Contact:
Iris Stöckl
VP Investor Relations/ Corporate Communications
```

4/30/2020  Wirecard: KPMG's special audit has no impact on the annual financial statements of the period under review in the areas of investigation …

Case 2:20-cv-05017-AB   Document 74-4   Filed 04/30/20   Page 3 of 3

```
Tel.: +49 (0)89-4424-1424
e-Mail: iris.stoeckl@wirecard.com
http://www.wirecard.com
ISIN DE0007472060
Reuters: WDI.GDE
Bloomberg: WDI GY
```

## About Wirecard:

Wirecard (GER:WDI) is one of the world's fastest growing digital platforms in the area of financial commerce. We provide both business customers and consumers with a constantly expanding ecosystem of real-time value-added services built around innovative digital payments by using an integrated B2B2C approach. This ecosystem concentrates on the areas payment & risk, retail & transaction banking, loyalty & couponing, data analytics & conversion rate enhancement in all sales channels (online, mobile, ePOS). Wirecard operates regulated financial institutions in several key markets and holds issuing and acquiring licenses from all major payment and card networks. Wirecard AG is listed on the Frankfurt Stock Exchange (DAX and TecDAX, ISIN DE0007472060). Visit us on www.wirecard.com, follow us on Twitter @wirecard and on Facebook @wirecardgroup.

---

```
12.03.2020 Dissemination of a Corporate News, transmitted by DGAP - a service of EQS Group AG.
The issuer is solely responsible for the content of this announcement.

The DGAP Distribution Services include Regulatory Announcements, Financial/Corporate News and Press
Releases.
Archive at www.dgap.de
```

---

```
Language:     English
Company:      Wirecard AG
              Einsteinring 35
              85609 Aschheim b. München
              Germany
Phone:        +49 (0)89-4424 1400
Fax:          +49 (0)89-4424 1500
E-mail:       ir@wirecard.com
Internet:     www.wirecard.com
ISIN:         DE0007472060
WKN:          747206
Indices:      DAX, TecDAX, Prime All Share, Technology All Share
Listed:       Regulated Market in Frankfurt (Prime Standard); Regulated Unofficial Market in Berlin,
              Dusseldorf, Hamburg, Munich, Stuttgart, Tradegate Exchange
EQS News ID: 996487


End of News                          DGAP News Service
```

DGAP – ein Service der EQS Group AG
Twitter | Impressum | AGB | Datenschutzhinweise