# Exhibit B

 **Back**

03/12/2020

# Wirecard AG: KPMG's special audit

Wirecard AG / Key word(s): Miscellaneous
Wirecard AG: KPMG's special audit

12-March-2020 / 23:01 CET/CEST
Disclosure of an inside information acc. to Article 17 MAR of the Regulation (EU) No 596/2014, transmitted by DGAP - a service of EQS Group AG.
The issuer is solely responsible for the content of this announcement.

The auditing company KPMG has informed Wirecard AG that it has largely completed the special investigation of Wirecard AG's business activities in India and Singapore as well as the Merchant Cash Advance (MCA) / Digital Lending division. From today's perspective, these parts of the audit have not produced any substantial findings in these areas of investigation that would result in a need for correction of the annual financial statements for the 2016, 2017 and 2018 investigation periods. The investigation of third-party partner business (TPA) is still ongoing and is expected to be completed by 22 April 2020 at the latest. The extensive inspection of relevant documents, including those of external companies, and corona virus-related travel restrictions make the extended timeframe necessary. Accordingly, the Management Board of Wirecard AG today decided to postpone publication of the annual financial statements and the annual press conference (previously April 8, 2020) to April 30, 2020.

Contact:
Iris Stöckl
VP Investor Relations/ Corporate Communications
Tel.: +49 (0)89-4424-1424
e-Mail: iris.stoeckl@wirecard.com
http://www.wirecard.com
ISIN DE0007472060
Reuters: WDI.GDE
Bloomberg: WDI GY

12-March-2020 CET/CEST The DGAP Distribution Services include Regulatory Announcements, Financial/Corporate News and Press Releases.
Archive at www.dgap.de

| | |
|---|---|
| Language: | English |
| Company: | Wirecard AG |
| | Einsteinring 35 |
| | 85609 Aschheim b. München |
| | Germany |
| Phone: | +49 (0)89-4424 1400 |
| Fax: | +49 (0)89-4424 1500 |
| E-mail: | ir@wirecard.com |
| Internet: | www.wirecard.com |
| ISIN: | DE0007472060 |
| WKN: | 747206 |
| Indices: | DAX, TecDAX, Prime All Share, Technology All Share |
| Listed: | Regulated Market in Frankfurt (Prime Standard); Regulated Unofficial Market in Berlin, Dusseldorf, Hamburg, Munich, Stuttgart, Tradegate Exchange |

EQS News ID:996481

End of Announcement DGAP News Service

 **Back**



# Contact

We will be happy to answer your questions as a shareholder, investor, analyst or financial medium at any time.

Contact Now

**Find out more about Wirecard**

The future of financial commerce starts here

About us

**wirecard**

## Solutions

Accepting payments

Making payments

## Industries

Digital

Retail

Travel & mobility

Financial services

## Company

About Wirecard

Newsroom

Social Media

Careers

Investor Relations

Blog

## Knowledge Hub

Overview

E-Books & White Papers

Case Studies

Insights

Support

Videos

Payment Base

Glossary

## Newsletter

Email ...

I consent to receiving further information from Wirecard in accordance with the Privacy Policy. I can revoke this consent at any time without incurring any additional costs other than Internet connection costs.

**Follow us**

English

© Wirecard 2020

Documents    Legal Notice    Privacy Policy