# Exhibit C

← **Back**

04/22/2020

# Wirecard AG: KPMG special review lasts until April 27 2020. Analysis so far provides no evidence of balance sheet manipulation

Wirecard AG / Key word(s): Miscellaneous
Wirecard AG: KPMG special review lasts until April 27 2020. Analysis so far provides no evidence of balance sheet manipulation

22-Apr-2020 / 21:03 CET/CEST
Disclosure of an inside information acc. to Article 17 MAR of the Regulation (EU) No 596/2014, transmitted by DGAP - a service of EQS Group AG.
The issuer is solely responsible for the content of this announcement.

Wirecard AG has just been informed by KPMG that the auditing company will present the results of the ongoing special audit on Monday, April 27, 2020. In the remaining days, data inventories still received are to be processed and taken into account.

In accordance with the audit assignment, to date no substantial findings have been made in all four areas of the audit - the Third Party Partner Business (TPA) and Merchant Cash Advance (MCA)/Digital Lending divisions, as well as the business activities in India and Singapore - which would have led to a need for correction of the annual financial statements for the 2016, 2017 and 2018 investigation period. No evidence was found for the publicly raised allegations of balance sheet manipulation.

Since October 2019, KPMG has been conducting a special investigation on behalf of the Supervisory Board of Wirecard AG in order to clarify the accusations of balance sheet manipulation made against the company by the media. In the interests of transparent processes, Wirecard AG will make the report to be published available on its homepage in the "Transparency" section.

As announced, the publication of the annual financial statements and the annual press conference will take place on April 30, 2020.

Contact:
Iris Stöckl
VP Corp.Com./IR
Tel.: +49 (0)89-4424-1424
e-Mail: iris.stoeckl@wirecard.com
http://www.wirecard.com
ISIN DE0007472060
Reuters: WDI.GDE
Bloomberg: WDI GY

22-Apr-2020 CET/CEST The DGAP Distribution Services include Regulatory Announcements, Financial/Corporate News and Press Releases.
Archive at www.dgap.de

| | |
|---|---|
| Language: | English |
| Company: | Wirecard AG |
| | Einsteinring 35 |
| | 85609 Aschheim b. München |
| | Germany |
| Phone: | +49 (0)89-4424 1400 |
| Fax: | +49 (0)89-4424 1500 |
| E-mail: | ir@wirecard.com |
| Internet: | www.wirecard.com |
| ISIN: | DE0007472060 |
| WKN: | 747206 |
| Indices: | DAX, TecDAX, Prime All Share, Technology All Share |
| Listed: | Regulated Market in Frankfurt (Prime Standard); Regulated Unofficial Market in Berlin, Dusseldorf, Hamburg, Munich, Stuttgart, Tradegate Exchange |

EQS News ID:1027833

News-detail | Wirecard

End of AnnouncementDGAP News Service

← **Back**



# Contact

We will be happy to answer your questions as a shareholder, investor, analyst or financial medium at any time.

Contact Now

**Find out more about Wirecard**

The future of financial commerce starts here

**About us**

# wirecard

## Solutions

[Accepting payments](#)

[Making payments](#)

## Industries

[Digital](#)

[Retail](#)

[Travel & mobility](#)

[Financial services](#)

## Company

[About Wirecard](#)

[Newsroom](#)

[Social Media](#)

[Careers](#)

[Investor Relations](#)

[Blog](#)

## Knowledge Hub

[Overview](#)

[E-Books & White Papers](#)

[Case Studies](#)

[Insights](#)

[Support](#)

[Videos](#)

[Payment Base](#)

[Glossary](#)

## Newsletter

Email ...

I consent to receiving further information from Wirecard in accordance with the [Privacy Policy](#). I can revoke this consent at any time without incurring any additional costs other than Internet connection costs.

**Follow us**

**English**

© Wirecard 2020

[Documents](#)  [Legal Notice](#)  [Privacy Policy](#)