# Exhibit D

Case 2:20-cv-05017-AB Document 74-7 Filed 04/30/20 Page 2 of 9



# REUTERS

| | |
|---|---|
| virus forces millions more jobless... | with broad sell-off |
| 10 MINUTES AGO | 11 MINUTES AGO |

**TECHNOLOGY NEWS**

MARCH 12, 2020 / 4:23 PM / 2 MONTHS AGO

# KPMG audit finds no manipulation in Wirecard's financial statements



FILE PHOTO: The headquarters of Wirecard AG, an independent provider of outsourcing and white label solutions for electronic payment transactions is seen in Aschheim near Munich, Germany April 25, 2019. REUTERS/Michael Dalder/File Photo

Case 2:20-cv-05017-AB   Document 74-7   Filed 04/30/20   Page 3 of 9

**NOW READING**   KPMG audit finds no manipulation in Wirecard's financial statements

U.S. states grapple with reopening as virus forces millions more jobless...

10 MINUTES AGO

Wall St. caps best month in decades with broad sell-off

11 MINUTES AGO

The largely completed special investigation has "not produced any substantial findings" that would require any correction to the company's annual financial statements for the 2016, 2017 and 2018 investigation periods, the statement said.

The German payments company had hired KPMG last year to conduct an independent audit to address allegations by British newspaper the Financial Times that it manipulated its accounts.

Reporting by Aishwarya Nair in Bengaluru; Editing by Krishna Chandra Eluri

*Our Standards:*    *The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**

U.S. states grapple with reopening as
virus forces millions more jobless...

10 MINUTES AGO

Wall St. caps best month in decades
with broad sell-off

11 MINUTES AGO



## Motley Fool Issues Rare "All In" Buy Alert

The Motley Fool



## America's #1 Futurist Issues Warning

Internet Reboot 2020



## Do You Own Gold? If So Pay Attention on June 10th.

The Manward Letter



## Former Security Guard Turns $15k Into $7 Million

RagingBull



## Want to earn more interest? Turn to the Nerds.

NerdWallet

---

Sponsored Video by   **IHG** Rewards Club | **CHASE**     ✕

**Turn everyday purchases into exciting getaways**

| Learn more |



**NOW READING**    KPMG audit finds no manipulation in Wirecard's financial statements

| | |
|---|---|
| U.S. states grapple with reopening as virus forces millions more jobless... | Wall St. caps best month in decades with broad sell-off |
| 10 MINUTES AGO | 11 MINUTES AGO |

II                                 🔇

Video Ad by dianomi

## MORE FROM REUTERS



**Exclusive: Amazon turns to Chinese firm on U.S. blacklist to meet...**
30 Apr



**Fauci says leak concerns fueled his White House revelation of...**
30 Apr



**U.S. coronavirus outbreak soon to be deadlier than any flu since...**
29 Apr



**Exclusive: Trump says China wants him to lose his re-election bid**
30 Apr



**Bodies found in unrefrigerated trucks in New York during COVID-19...**
30 Apr

NOW READING　**KPMG audit finds no manipulation in Wirecard's financial statements**

U.S. states grapple with reopening as virus forces millions more jobless...

10 MINUTES AGO

Wall St. caps best month in decades with broad sell-off

11 MINUTES AGO

NOW READING    KPMG audit finds no manipulation in Wirecard's financial statements

U.S. states grapple with reopening as virus forces millions more jobless...

10 MINUTES AGO

Wall St. caps best month in decades with broad sell-off

11 MINUTES AGO

>



Fauci says leak concerns fueled his White House revelation of...

30 Apr



AMC will no longer play Universal Studios films

29 Apr



Exclusive: Chesapeake Energy preparing bankruptcy filing

30 Apr



Clash of tech titans: Zuckerberg praises coronavirus lockdowns;...

30 Apr



California to close all beaches, state parks amid coronavirus...

30 Apr

Case 2:20-cv-05017-AB   Document 74-7   Filed 04/30/20   Page 8 of 9

NOW READING   **KPMG audit finds no manipulation in Wirecard's financial statements**

U.S. states grapple with reopening as
virus forces millions more jobless...

10 MINUTES AGO

Wall St. caps best month in decades
with broad sell-off

11 MINUTES AGO

>

Apps      Newsletters      Advertise with Us      Advertising Guidelines      Cookies      Terms of Use      Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

NOW READING   **KPMG audit finds no manipulation in Wirecard's financial statements**

U.S. states grapple with reopening as virus forces millions more jobless...

10 MINUTES AGO

Wall St. caps best month in decades with broad sell-off

11 MINUTES AGO

>