# Exhibit F

**Finance Home**   **Coronavirus**   **Watchlists**   **My Portfolio**   **Screeners**   **Markets**   **News**       Premium - Try it free



(•) U.S. markets closed

| **S&P 500** | **Dow 30** | **Nasdaq** | **Russell 2000** | **Crude Oil** |
|---|---|---|---|---|
| 2,912.43 | 24,345.72 | 8,889.55 | 1,310.66 | 19.05 |
| -27.08 (-0.92%) | -288.14 (-1.17%) | -25.16 (-0.28%) | -50.10 (-3.68%) | +3.99 (+26.49%) |

TD Ameritrade — Get a customizable trading platform

Open an account. E*TRADE

yahoo/finance PREMIUM — Get trade ideas

# Wirecard Says KPMG Could Not Review All Data for Audit

berg **Sarah Syed and Eyk Henning**
**Bloomberg**  April 28, 2020



Quote Lookup

**Related Quotes**

| Symbol | LAST_PRICE | Change | % Ch |
|---|---|---|---|
| **DWDW.F** | - | - | |
| **MS**<br>Morgan Stanley | 39.43 | -1.36 | -3.: |
| **MS-PA**<br>Morgan Stanley | 21.00 | +0.07 | +0.: |
| **MS-PE**<br>Morgan Stanley | 27.20 | -0.07 | -0.: |
| **MS-PF**<br>Morgan Stanley | 27.01 | -0.17 | -0.( |

**Recently Viewed** ›

Your list is empty.

(Bloomberg) -- An independent audit into Wirecard AG concluded that it was unable to obtain the data needed to confirm past revenues, and criticized the payment processor for internal "shortcomings" and unwillingness by its third-party partners to contribute to the report.

As a result, KPMG couldn't check on revenues of 1 billion euros ($1.1 billion) in transactions with third parties. Wirecard said the data needed to conclusively approve revenues from 2016 to 2018 is "primarily in the control of third parties," but the company provided its own numbers to the auditor. Those didn't reveal "any deviations between the reported revenues and account balances," the German fintech said in a statement Tuesday.

accused the company of accounting fraud in several countries. Since then, the German fintech has drip-fed parts of the report to the market, including a statement last week that said KPMG had not made any substantial findings of questionable accounting methods.

Finance Home    Coronavirus    Watchlists    My Portfolio    Screeners    Markets    News

Ad: 13 seconds

Premium - Try it free
FREE 2-Day Shipping on Thousands of Products   Save Now

Shares dropped as much as 22%, the biggest intraday decline since February 2019. The stock fell 18% to 108.08 euros at 10:29 a.m. in Frankfurt.

The report was plagued by delays. The company failed to supply some of the documents KPMG requested in the course of the investigation, or didn't supply them until several months after they had been requested, which delayed the investigation overall, according to the report. Wirecard also postponed individual agreed interview appointments several times, and failed to put an internal control system in place for key parts of its operations in Singapore, KPMG said.

Wirecard said complications from the Covid-19 pandemic were behind the late submissions, and the data needed to conclusively approve revenues from 2016 to 2018 is "primarily in the control of third parties." It added that its 2019 accounts will not be released on April 30, due to the Covid-19 virus and the audit report.

Read more: Wirecard Says Audit Finds No 'Substantial' Accounting Questions

Any positive reaction to Wirecard not having to restate earnings will be muted because of the need for further detail on the review of the third-party business, analysts from Morgan Stanley said Tuesday.

Wirecard's revenue soared in 2018 following an acquisition spree. The company's technology helps its customers accept online payments and use its banking licenses to issue their own payment instruments.

The company had previously hired law firm Rajah & Tann to investigate its Singapore subsidiaries. A final report from the firm in March 2019 acknowledged accounting oversights and potential criminal liability among some Singapore staff, but didn't find evidence that it was linked to Wirecard headquarters.

The Financial Times also reported that substantial sales and profits were processed by Wirecard's Dubai-based partner company Al Alam Solutions in the names of several clients that didn't exist or had no record of a relationship with the firm. The company "categorically rejects" the allegations, calling them "nonsense," a spokeswoman said in October.

(Updates with details from the KPMG audit report from the first paragraph throughout, analyst comment)

For more articles like this, please visit us at bloomberg.com

**What to Read Next**

**U.S. Stocks Drop, But Post Best Month Since 1987: Markets Wrap**
Bloomberg

**Biggest Transfer of Wealth in US History Has Begun**
Stansberry Research   Ad

**Gold Drops With ECB Moves Amid Signs Pandemic May Be Easing**
Bloomberg

Search for news, symbols or compan

Sign in       Mail

©2020 Bloomberg L.P.

# Compare Bank Accounts ⓘ

Initial Deposit       $25,000

ONLINE SAVINGS ACCOUNT

**ally**

APY
**1.50%**

Min Balance for APY
**$0**

FDIC Insured      Consistently Competitive Rates. Ally Bank, Member FI

As of: 04/30/2020

**Australia, New Zealand Ponder Mutual Reopening Once Virus Is Contained**
Bloomberg

**Netflix Just Canceled These Shows**
Thedelite   Ad

**Procore to Postpone IPO, Raise Funds at $5 Billion Value**
Bloomberg

💬 **View reactions (2)**

Sign in to post a message.

Home     Mail     News     Finance     Sports     Entertainment     Search     Mobile     More...

Search for news, symbols or compan

**Sign in**    🔔    ✉ Mail

Finance Home    Coronavirus    Watchlists    My Portfolio    Screeners    Markets    News      **Premium** - Try it free