# Exhibit J

 **REUTERS**

TECHNOLOGY NEWS

APRIL 27, 2020 / 11:44 PM / 2 DAYS AGO

# Wirecard shares crash 26% after critical KPMG audit

Douglas Busvine

BERLIN (Reuters) - An independent investigation by auditor KPMG into Wirecard (WDIG.DE) found on Tuesday the German payments company did not provide sufficient documentation to address all allegations of accounting irregularities made by the Financial Times.

FILE PHOTO: Markus Braun, CEO of Wirecard AG, an independent provider of outsourcing and white label solutions for electronic payment transactions attends the company's annual news conference in Aschheim near Munich, Germany April 25, 2019. REUTERS/Michael Dalder/File Photo

Following the release of the report, Wirecard said the KPMG audit had not uncovered any incriminating evidence to support allegations it manipulated its accounts and it would not restate its accounts for the years 2016 through 2018.

"I would like to underline that, overall and in every point, the allegations were not confirmed," CEO Markus Braun told a conference call with reporters.

KPMG is continuing its analysis for last year after receiving fresh data, Wirecard said on Tuesday, as it delayed the publication of its annual results until next month.

**RELATED COVERAGE**

Factbox: Key findings of KPMG audit into Wirecard

The German payments company hired KPMG last year to conduct an independent audit to address allegations by the British newspaper, including that its Singapore office had booked fake transactions to inflate revenues.

The company has denied wrongdoing and taken legal action against the Financial Times. In its own report on the KPMG audit, the FT said it stood by its reporting and is defending the lawsuit.

Wirecard, founded in 1999, has profited from a boom in online payments by acting both as an acquirer, handling payments to hundreds of thousands of merchants, and as an issuer of real and 'virtual' payment cards to consumers.

Under Braun, who remains its largest shareholder, it won a spot in Germany's blue-chip DAX 30 .GDAXI index in 2018. The allegations have dogged the company over the past year,

however, repeatedly wiping billions off its stock market value.

Publication of the KPMG audit sparked heavy losses that deepened as Braun faced tough questioning on a conference call with analysts. Shares were down 26%, erasing more than 4 billion euros from the company's market value.

"This is anything but a clean bill of health," said NordLB analyst Wolfgang Donie, who has a 'hold' rating on the stock.

## BLACK HOLE

The main FT allegation where KPMG found fault was that Wirecard had booked half of its worldwide revenues and much of its profits from three obscure third-party acquiring partners.

KPMG said it was not able to conclude whether these revenues did or did not exist for the years 2016-18.

"The documents presented to KPMG were almost exclusively in electronic form, making their authenticity impossible to verify," it said, also pointing to a lack of cooperation from Wirecard's third-party acquiring partners.

NordLB's Donie said the years 2016 to 2018 "remain a black hole" that left Wirecard "wide open to further allegations".

KPMG also addressed allegations by the FT of fraudulent accounting at its Singapore office and overpaying for assets in India, and from anonymous website MCA-Mathematik of inflating the size of cash advances to merchants.

"We cannot make a final judgment on whether the documentation and information are complete, correct and free of contradiction," KPMG said in its 58-page report www.wirecard.com/transparency.

"To this extent, we cannot rule out that we would have come to a different result if we had obtained access to further information and documents."

FILE PHOTO: Markus Braun, CEO and Alexander von Knoop, CFO of Wirecard AG, an independent provider of outsour...

Wirecard either did not provide documents requested by KPMG, or only did so months later, delaying the overall investigation, KPMG said, adding that interviews with managers had been postponed repeatedly.

MCA-Mathematik said in a statement that Wirecard had "intentionally misled investors about the nature of the merchant cash advance lending programme" and called for the executive board to be suspended.

Singapore police confirmed that an investigation opened last year was continuing but did not comment further on KPMG's report.

Case 2:20-cv-05017-AB Document 74-13 Filed 04/30/20 Page 6 of 16

Additional reporting by Patricia Uhlig, Hans Seidenstuecker and Aradhana Aravindan; Editing by Michelle Martin and Josephine Mason

*Our Standards:* *The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**

**PAID PROMOTIONAL LINKS**      Promoted by **Dianomi**



**America's #1 Futurist Issues Warning**

Internet Reboot 2020



**Motley Fool Issues Rare "All In" Buy Alert**

The Motley Fool



**Seeking an advisor? We treat your investments as if they're our own.**

UnionBanc Investment Services



**Blunder #10: Mismanaging Retirement Withdrawals**

Fisher Investments



**Planning A Trip? Use Travel Rewards Instead Of Cash**

NerdWallet

---

Sponsored Video by   IHG Rewards Club | CHASE ◯      ✕

**Turn your stay into another vacay**      **Learn more**

Wirecard shares crash 26% after critical KPMG audit - Reuters

Video Ad by dianomi

## MORE FROM REUTERS



**Special Report: Trump told Saudi: Cut oil supply or lose U.S....**

30 Apr



**Fauci says leak concerns fueled his White House revelation of...**

30 Apr



**'W-shaped' recovery may be too optimistic, Fed's Powell suggests**

30 Apr



**Tesla's Elon Musk calling coronavirus lockdowns 'fascist'...**

30 Apr



**Data on Gilead drug raises hopes in pandemic fight, Fauci calls it...**

30 Apr

Case 2:20-cv-05017-AB Document 74-13 Filed 04/30/20 Page 9 of 16

## MORE FROM REUTERS



**Clash of tech titans: Zuckerberg praises coronavirus lockdowns;...**

30 Apr



**U.S. coronavirus outbreak soon to be deadlier than any flu since...**

29 Apr



**Trump says internet retailers that use 'laughing stock' Post Office...**

30 Apr



**Exclusive: Trump says China wants him to lose his re-election bid**

30 Apr



**After aggressive mass testing, Vietnam says it contains coronavirus...**

30 Apr

Case 2:20-cv-05017-AB   Document 74-13   Filed 04/30/20   Page 11 of 16

Apps　　Newsletters　　Advertise with Us　　Advertising Guidelines　　Cookies　　Terms of Use　　Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.

4/30/2020
Case 2:20-cv-05017-AB  Document 74-13  Filed 04/30/20  Page 13 of 16
Wirecard slides again after short seller demands CEO's head

Home    Mail    News    Finance    Sports    Entertainment    Search    Mobile    More...



Search for news, symbols or compan

Sign in

Mail

Finance Home    Coronavirus    Watchlists    My Portfolio    Screeners    Markets    News

Premium - Try it free

◎ U.S. markets closed

**S&P 500**
2,912.43
-27.08 (-0.92%)

**Dow 30**
24,345.72
-288.14 (-1.17%)

**Nasdaq**
8,889.55
-25.16 (-0.28%)

**Russell 2000**
1,310.66
-50.10 (-3.68%)

**Crude Oil**
19.07
+4.01 (+26.63%)

TD Ameritrade
We put the edge in hedging ▶

Open an account.
E✻TRADE

yahoo/finance
PREMIUM
Get trade ideas



WITH
**BAQSIMI**™
(glucagon) nasal powder
3 mg

**PURPOSE and SAFETY SUMMARY**

Important Facts About BAQSIMI™ (BAK-see-mee). It is also known as glucagon nasal powder.

BAQSIMI is a prescription medicine used to treat very low blood sugar (severe hypoglycemia) in people with diabetes ages 4 years and above.

It is not known if BAQSIMI is safe and effective in children under 4 years of age.

**Warnings**

Do not use BAQSIMI if:

- you have a tumor in the gland on top of your kidneys (adrenal gland) called pheochromocytoma.
- you have a tumor in your pancreas called insulinoma.
- you are allergic to glucagon, or any other ingredient in BAQSIMI.

**BAQSIMI may cause serious side effects, including:**

**High blood pressure.** BAQSIMI can cause high blood pressure in certain people with tumors in their adrenal glands.

**Low blood sugar.** BAQSIMI can cause certain people with tumors in their

# Wirecard slides again after short seller demands CEO's head

**Reuters**  April 29, 2020



FILE PHOTO: Braun of Wirecard AG attends the company's annual news conference in Aschheim

BERLIN (Reuters) - Shares in Wirecard slumped again on Wednesday as a prominent short seller demanded the sacking of CEO Markus Braun after a special audit of the German payments company was unable to verify its financial statements.

Chris Hohn, head of $24 billion fund TCI, said in an open letter to Wirecard's supervisory board that the audit by KPMG raised questions over management's compliance with anti-money laundering and know-your-customer laws.

"We are of the view that the supervisory board is legally obliged to intervene," Hohn wrote in the letter, addressed to Wirecard Chairman Thomas Eichelmann and other supervisory board members.

**Quote Lookup**

**Related Quotes**

| Symbol | LAST_PRICE | Change | % Ch |
|---|---|---|---|
| **WCAGY**<br>Wirecard AG | 49.80 | +0.13 | +0.2 |

**Recently Viewed** ›

Your list is empty.

What to Read Next

4/30/2020
Case 2:20-cv-05017-AB   Document 74-13   Filed 04/30/20   Page 14 of 16
Wirecard slides again after short seller demands CEO's head

Home   Mail   News   Finance   Sports   Entertainment   Search   Mobile   More...

Search for news, symbols or compan

Sign in   Mail

Finance Home   Coronavirus   Watchlists   My Portfolio   Screeners   Markets   News

Premium - Try it free

German financial regulator Bafin said it would include the findings of the KPMG audit in its ongoing investigation into suspected market manipulation in Wirecard stock.

"At present, we are still investigating whether Wirecard may have withheld information that is subject to disclosure rules or may have provided incorrect information," Bafin said in a statement.

Wirecard did not respond to emails and phone calls requesting comment from Eichelmann and Braun.

Braun told reporters and analysts on Tuesday that the KPMG audit had found no incriminating evidence to indicate that Wirecard's accounts had been manipulated, nor would it restate its accounts for 2016 through 2018. He is the company's largest shareholder.

Wirecard hired KPMG last year to address a series of allegations by the Financial Times and others, including that it had booked half of its worldwide revenues and much of its profits from three obscure third-party acquiring partners.

In his letter, Hohn noted that KPMG had not been able to verify the existence of 1 billion euros ($1.1 billion) in cash payments by the third-party acquirers.

Nor could the beneficial owner of a counterparty in an Indian asset deal struck in 2015 be identified, he said, which would have been a necessary part of due diligence.

"Wirecard operates a banking license in Europe and is strictly regulated as a payments service provider; in our view it has to abide by applicable Know Your Customer and anti-money laundering laws," Hohn wrote.

"This raises questions as to how it is possible to comply with these regulations if Wirecard either does not know or will not disclose who its customers are."

TCI has disclosed a short position in Wirecard of 1.04% of shares outstanding.

(Reporting by Douglas Busvine. Editing by Carmel Crimmins and Elaine Hardcastle)

**Biggest Transfer of Wealth in US History Has Begun**
Stansberry Research  Ad

**Activist Hohn Calls on Wirecard to Remove CEO Markus Braun**
Bloomberg

**Coronavirus job losses hit these 7 states hardest**
Yahoo Finance

**Amazon posts higher Q1 sales, says coronavirus shows its adaptability and durability**
Yahoo Finance Video

**Clayton, California Drivers Are Shocked By New Rule**

Home    Mail    News    Finance    Sports    Entertainment    Search    Mobile    More...

Search for news, symbols or compan

**Sign in**    🔔    ✉️ **Mail**

**Finance Home**    **Coronavirus**    **Watchlists**    **My Portfolio**    **Screeners**    **Markets**    **News**      **Premium** - Try it free

ONLINE SAVINGS ACCOUNT



APY
**1.50%**

Min Balance for APY
**$0**

FDIC Insured     Consistently Competitive Rates. Ally Bank, Member F

As of: 04/30/2020



💬 **Start the conversation**

Sign in to post a message.

Home      Mail      News      Finance      Sports      Entertainment      Search      Mobile      More...

Sign in                Mail

**Finance Home**      **Coronavirus**      **Watchlists**      **My Portfolio**      **Screeners**      **Markets**      **News**                    Premium - Try it free