BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
  mjkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**DECLARATION OF BRIAN M. LUTZ ISO DEFENDANTS' OPPOSITION TO *EX PARTE* APPLICATION TO STAY BRIEFING ON MOTION TO DISMISS, NOTICE OF INTENT AND REQUEST TO FILE MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:      TBD<br>Time:      TBD<br>Place:     Courtroom 6D<br>Judge:    Hon. Fernando M. Olguin<br><br>Action Filed:     February 8, 2019 |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF BRIAN M. LUTZ
CASE NO. 2:19-cv-00986-FMO-SK

I, BRIAN M. LUTZ, declare and state as follows:

I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Wirecard AG, Markus Braun, Burkhard Ley, Alexander von Knoop, Jan Marsalek, and Susanna Steidl (collectively, the "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Opposition to Plaintiff's *Ex Parte* Application to Stay Briefing on Motion to Dismiss, Notice of Intent and Request to File Motion for Leave to Amend the First Amended Complaint (ECF No. 74). I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

1. On April 28, 2020, I spoke with Danielle Smith, counsel for Plaintiff. She informed me that Plaintiff intended to seek leave to amend his complaint. I stated that Defendants would oppose any such motion. Ms. Smith did not tell me that Plaintiff would be filing an *ex parte* application to stay this action or any aspect of this action, including briefing on Defendants' Motion to Dismiss.

2. I did not learn that Plaintiff was seeking a stay in this action prior to Plaintiff's filing of the pending *Ex Parte* Application (ECF No. 74).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of May, 2020, at San Francisco, California.

By:    */s/ Brian M. Lutz*

Brian M. Lutz

Gibson, Dunn &
Crutcher LLP