UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>    Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION TO STAY BRIEFING ON MOTION TO DISMISS, NOTICE OF INTENT AND REQUEST TO FILE MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT** |

[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION
CASE NO. 2:19-cv-00986-FMO-SK

Before the Court is Plaintiff's *Ex Parte* to Stay Briefing on Motion to Dismiss, Notice of Intent and Request to File Motion for Leave to Amend the First Amended Complaint ("*Ex Parte* Application"). Having reviewed and considered all submissions in favor of, and opposed to, Plaintiff's *Ex Parte* Application, all related filings, and the record before the Court, **IT IS HEREBY ORDERED** that:

Plaintiff's *Ex Parte* Application is DENIED.

**IT IS SO ORDERED.**

DATE: _____          _____

Judge Fernando M. Olguin
United States District Judge

1
[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION
CASE NO. 2:19-cv-00986-FMO-SK