# Exhibit B

Case 2:20-cv-05017-AB Document 77-2 Filed 05/04/20 Page 2 of 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION<br><br>—————————————————————<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.<br>**<u>SACV 09-01304-JVS (MLGx)</u>*****<br>And SACV 10-00248-JVS(MLGx)<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING LEAD PLAINTIFFS' *EX PARTE* MOTION TO CONSOLIDATE PURSUANT TO THE COURT'S JANUARY 21, 2010 CONSOLIDATION ORDER AND ORDERING REPUBLICATION OF PSLRA NOTICE**<br><br>Judge:  Hon. James V. Selna<br>Ctrm:   10C |

ORDER
Lead Case No. SACV 09-01304-JVS (MLGx)

WHEREAS, pursuant to this Court's January 21, 2010 Order Consolidating Related Actions And Setting Briefing Schedule ("Consolidation Order," Dkt. No. 54), the Court-appointed Lead Plaintiffs Arman Rashtchi ("Mr. Rashtchi") and Keith A. Ovitt ("Mr. Ovitt"; collectively "Lead Plaintiffs") moved *ex parte* to consolidate a newly filed complaint encaptioned *Meda v. STEC, Inc.,* Case No. SACV 10-00248 AG (ANx) (the *Meda* Action); and

WHEREAS, the *Meda* Action relates to the subject matter of this Consolidated Action, consolidation of the *Meda* Action with the Consolidated Action is appropriate.

However, the Court finds that the Lead Plaintiffs' intended expansion of the class period to include the allegations made in the *Meda* Action in their forthcoming consolidated complaint is significant enough to warrant additional notice to potential lead plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4. See Waldman v. Wachovia Corp., No. 08 Civ. 2913(SAS), 2009 WL 2950362 (S.D.N.Y. Sept. 14, 2009); In re Cyberonics Inc. Sec. Litig., 468 F. Supp. 2d 936 (S.D. Texas 2006); In re LeapFrog Enters., Inc. Sec. Litig., No. C 03 05421 RMW, 2005 WL 5327775 (N.D. Cal. July 5, 2005).

Accordingly, IT IS HEREBY ORDERED, as follows:

1.) Pursuant to this Court's prior Consolidation Order, the *Meda* Action is consolidated with the instant action for all purposes.

2.) Once Lead Plaintiffs have filed their consolidated complaint, they shall comply with the notice provision of 15 U.S.C. § 78u-4(a)(3)(A)(i).

IT IS SO ORDERED.

Dated: March 26, 2010

_____
United States District Judge

-1-                                                                          ORDER
Lead Case No. SACV 09-01304-JVS (MLGx)