Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>                              Plaintiff,<br><br>        v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, SUSANNE STEIDL, WULF MATTHIAS, and ERNST & YOUNG GMBH WIRTSCHAFTSPRUEFUNGSGESELLSCHAFT,<br><br>                              Defendants. | Case No.  2:19-cv-00986-FMO-SK<br><br>**NOTICE OF FILING OF MOTION TO INTERVENE IN THE SECOND FILED CASE IN THE EASTERN DISTRICT OF PENNSYLVANIA** |

010821-11/1337486 V1

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on August 27, 2020, Lawrence Gallagher ("Lead Plaintiff"), filed the attached Motion for: (1) Intervention Pursuant to Fed. R. Civ. P. 24; (2) Stay of PSLRA Lead Plaintiff Selection Process; and (3) Transfer of Venue in the United States District Court for the Eastern District of Pennsylvania in the case captioned *Brown v. Wirecard AG, et al.*, Case No. 2:20-cv-03326-AB (E.D. Pa.) (Brody, A.).

DATED: August 28, 2020          HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/ *Danielle Smith*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*

NOTICE OF FILING IN THE EASTERN DISTRICT OF PENNSYLVANIA                    - 1
Case No.: 2:19-cv-00986-FMO-SK
010821-11/1337486 V1