Reed R. Kathrein (139304)
Danielle Smith (291237)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEKSUSANNE STEIDL, WULF MATTHIAS, and ERNST & YOUNG GMBH WIRTSCHAFTSPRUEFUNGSGESELLSCHAFT,<br><br>                              Defendants. | Case No. 2:19-cv-00986-FMO-SK<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404; LIMITED REQUEST TO LIFT STAY**<br><br>DATE: TBD<br>TIME: TBD<br>JUDGE: Fernando M. Olguin<br>CTRM: 6th Floor – Courtroom 6D |

PLEASE TAKE NOTICE that Lead Plaintiff Lawrence Gallagher will, and does move the Honorable Fernando M. Olguin, United States District Court, Central District of California, 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, for an order, pursuant to 28 U.S.C. § 1404, to transfer this action to the Eastern District of Pennsylvania, and to temporarily the lift the current stay for the limited purpose of considering the instant motion.

This Motion is based upon this Motion and the Memorandum of Points and Authorities in support of this Motion, filed concurrently hereto. This Motion is made following the conference of counsel pursuant to L.R. 7-3. Defendants do not oppose the motion.

DATED: October 7, 2020

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ *Danielle Smith*
        DANIELLE SMITH

Reed R. Kathrein (139304)
Danielle Smith (291237)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*

1

Lead Pl's Mot. to Transfer Venue Purs. to 28 U.S.C. § 1404
Case No. 2:19-cv-00986-FMO-SK
010821-11/1355131 V1