Reed R. Kathrein (139304)
Danielle Smith (291237)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com                                          **JS-6**
danielles@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:19-cv-00986-FMO-SK |
| Plaintiffs, | **ORDER GRANTING LEAD PLAINTIFF'S MOTION [85] TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404 AND GRANTING LIMITED REQUEST TO LIFT STAY** |
| v. | |
| WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, SUSANNE STEIDL, WULF MATTHIAS, and ERNST & YOUNG GMBH WIRTSCHAFTSPRUEFUNGSGESELLSCHAFT, | DATE: TBD<br>TIME: TBD<br>JUDGE: Fernando M. Olguin<br>CTRM: 6th Floor – Courtroom 6D |
| Defendants. | |

[Proposed] Order Granting Lead Plaintiff's Motion to Transfer Venue
Case No. 2:19-cv-00986-FMO-SK
010821-11/1355151 V1

Having considered the papers submitted and arguments presented in support of Plaintiff's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 and Limited Request To Lift Stay ("Plaintiff's Motion to Transfer"), the Court hereby GRANTS Plaintiff's Motion to Transfer and ORDERS as follows:

1.     The stay is lifted for the limited purpose of this Court's consideration of the Motion to Transfer.

2.     The above-captioned action shall be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404.

**SO ORDERED:**

Dated:  October 8, 2020                    _____/s/_____

                                         Hon. Fernando M. Olguin
                                         United States District Judge

Respectfully submitted,

October 7, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/  Danielle Smith*
     DANIELLE SMITH

Reed R. Kathrein (139304)
Danielle Smith (291237)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

---

1

[Proposed] Order Granting Lead Plaintiff's Motion to Transfer Venue
Case No. 2:19-cv-00986-FMO-SK
010821-11/1355151 V1

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*

[Proposed] Order Granting Lead Plaintiff's Motion to Transfer Venue
Case No. 2:19-cv-00986-FMO-SK
010821-11/1355151 V1