# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:19–cv–00986–FMO–SK

| | |
|---|---|
| Mark DalPoggetto v. Wirecard AG et al | Date Filed: 02/08/2019 |
| Assigned to: Judge Fernando M. Olguin | Date Terminated: 10/08/2020 |
| Referred to: Magistrate Judge Steve Kim | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mark DalPoggetto**  represented by  **Laurence M Rosen**
*Individually and On Behalf of All Others*  Rosen Law Firm PA
*Similarly Situated*  355 South Grand Avenue Suite 2450
 Los Angeles, CA 90071
 213–785–2610
 Fax: 213–226–4684
 Email: lrosen@rosenlegal.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Reed R Kathrein**
 Hagen Berman Sobol Shapiro LLP
 715 Hearst Avenue Suite 202
 Berkeley, CA 94710
 510–725–3000
 Fax: 510–725–3001
 Email: reed@hbsslaw.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Danielle Smith**
 Hagens Berman Sobol Shapiro LLP
 715 Hearst Avenue Suite 202
 Berkeley, CA 94710
 510–725–3038
 Fax: 510–725–3001
 Email: danielles@hbsslaw.com
 *ATTORNEY TO BE NOTICED*

 **Lucas E Gilmore**
 Hagens Berman Sobol Shapiro LLP
 715 Hearst Avenue Suite 202
 Berkeley, CA 94710
 510–725–3000
 Fax: 510–725–3001
 Email: lucasg@hbsslaw.com
 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Gallagher**  represented by

        **Reed R Kathrein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Danielle Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Lucas E Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wirecard AG**  represented by  **Brian Michael Lutz**
Gibson Dunn and Crutcher LLP
555 Mission Street Suite 3000
San Francisco, CA 94105–0921
415–393–2000
Fax: 415–393–8306
Email: blutz@gibsondunn.com
*ATTORNEY TO BE NOTICED*

        **Michael J Kahn**
Gibson Dunn and Crutcher LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
415–393–8200
Fax: 415–393–8306
Email: mjkahn@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Markus Braun**  represented by  **Brian Michael Lutz**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Michael J Kahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Burkhard Ley**  represented by  **Brian Michael Lutz**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Michael J Kahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alexander von Knoop**                               represented by   **Brian Michael Lutz**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael J Kahn**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Jan Marsalek**                                      represented by   **Brian Michael Lutz**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael J Kahn**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Susanne Steidl**                                    represented by   **Brian Michael Lutz**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael J Kahn**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Wulf Matthias**

**Defendant**

**Ernst & Young GmbH Wirtschaftspruefungsgesellschaft**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2019 | Ï 1 | COMPLAINT Receipt No: 0973–23185610 – Fee: $400, filed by Plaintiff Mark DalPoggetto. (Attachments: # 1 PSLRA Certification) (Attorney Laurence M Rosen added to party Mark DalPoggetto(pty:pla))(Rosen, Laurence) (Entered: 02/08/2019) |
| 02/08/2019 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Mark DalPoggetto. (Rosen, Laurence) (Entered: 02/08/2019) |
| 02/08/2019 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Mark DalPoggetto. (Rosen, Laurence) (Entered: 02/08/2019) |
| 02/08/2019 | Ï 4 | Certification and Notice of Interested Parties filed by Plaintiff Mark DalPoggetto, (Rosen, Laurence) (Entered: 02/08/2019) |
| 02/11/2019 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Fernando M. Olguin and Magistrate Judge Steve Kim. (et) (Entered: 02/11/2019) |

| | | |
|---|---|---|
| 02/11/2019 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 02/11/2019) |
| 02/11/2019 | Ï 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (et) (Entered: 02/11/2019) |
| 02/25/2019 | Ï 8 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 02/25/2019) |
| 03/11/2019 | Ï 9 | (IN CHAMBERS) ORDER TO SHOW CAUSE by Judge Fernando M. Olguin. Response to Order to Show Cause due by 3/18/2019. (vdr) (Entered: 03/11/2019) |
| 03/26/2019 | Ï 10 | RESPONSE filed by Plaintiff Mark DalPoggettoto Order to Show Cause 9 (Rosen, Laurence) (Entered: 03/26/2019) |
| 04/09/2019 | Ï 11 | CERTIFICATE of Interested Parties filed by Movant Lawrence Gallagher, (Attorney Reed R Kathrein added to party Lawrence Gallagher(pty:bkmov))(Kathrein, Reed) (Entered: 04/09/2019) |
| 04/09/2019 | Ï 12 | **STRICKEN** NOTICE OF MOTION AND MOTION for Appointment of Counsel and Lead Plaintiff filed by Movant Lawrence Gallagher. (Attachments: # 1 Proposed Order) (Attorney Reed R Kathrein added to party Lawrence Gallagher(pty:mov)) (Kathrein, Reed) Modified on 4/10/2019 (vdr). (Entered: 04/09/2019) |
| 04/09/2019 | Ï 13 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 12 filed by Movant Lawrence Gallagher. (Kathrein, Reed) (Entered: 04/09/2019) |
| 04/09/2019 | Ï 14 | DECLARATION of Reed R. Kathrein In Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 12 filed by Movant Lawrence Gallagher. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kathrein, Reed) (Entered: 04/09/2019) |
| 04/10/2019 | Ï 15 | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT by Judge Fernando M. Olguin Re: MOTION for Appointment of Counsel Lead Plaintiff 12 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): (1) Hearing information is missing, incorrect, or not timely. Judge Olguin hears civil motions on Thursday's, not Tuesday's. (vdr) (Entered: 04/10/2019) |
| 04/10/2019 | Ï 16 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* filed by Movant Lawrence Gallagher. Motion set for hearing on 5/9/2019 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # 1 Proposed Order) (Kathrein, Reed) (Entered: 04/10/2019) |
| 04/10/2019 | Ï 17 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 16 filed by Movant Lawrence Gallagher. (Kathrein, Reed) (Entered: 04/10/2019) |
| 04/10/2019 | Ï 18 | DECLARATION of Reed R. Kathrein In Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 16 filed by Movant Lawrence Gallagher. (Attachments: # 1 Exhibit A (Notice of Pendency), # 2 Exhibit B (Certification), # 3 Exhibit C (Loss Chart), # 4 Exhibit D (Firm Resume))(Kathrein, Reed) (Entered: 04/10/2019) |
| 04/10/2019 | Ï 19 | CERTIFICATE of Interested Parties filed by Movant Lawrence Gallagher, (Kathrein, Reed) (Entered: 04/10/2019) |
| 04/10/2019 | Ï 20 | |

| | | |
|---|---|---|
| | | NOTICE OF ERRATA filed by Movant Lawrence Gallagher. correcting Certificate/Notice of Interested Parties 11 (Kathrein, Reed) (Entered: 04/10/2019) |
| 04/18/2019 | 21 | RESPONSE IN SUPPORT of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 16 filed by Movant Lawrence Gallagher. (Kathrein, Reed) (Entered: 04/18/2019) |
| 04/30/2019 | 22 | (IN CHAMBERS) ORDER TO SHOW CAUSE by Judge Fernando M. Olguin. Response to Order to Show Cause due by 5/7/2019. (vdr) (Entered: 04/30/2019) |
| 05/03/2019 | 23 | RESPONSE filed by Movant Lawrence Gallagherto Order to Show Cause 22 (Attachments: # 1 Proposed Order Amended)(Kathrein, Reed) (Entered: 05/03/2019) |
| 05/06/2019 | 25 | ORDER GRANTING THE MOTION 16 OF LAWRENCE GALLAGHER FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL by Judge Fernando M. Olguin. The Court hereby appoints Lawrence Gallagher as Lead Plaintiff in this action. Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel, and the Court approves those selections. *See Order for Details.* (iv) (Entered: 05/07/2019) |
| 05/07/2019 | 24 | Notice of Appearance or Withdrawal of Counsel: for attorney Lucas E Gilmore counsel for Movant Lawrence Gallagher. Adding Lucas E. Gilmore as counsel of record for Movant Lawrence Gallagher for the reason indicated in the G–123 Notice. Filed by Movant Lawrence Gallagher. (Attorney Lucas E Gilmore added to party Lawrence Gallagher(pty:mov))(Gilmore, Lucas) (Entered: 05/07/2019) |
| 05/09/2019 | 26 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Lead Plaintiff Lawrence Gallagher. (Kathrein, Reed) (Entered: 05/09/2019) |
| 05/09/2019 | 27 | MINUTE ORDER IN CHAMBERS by Judge Fernando M. Olguin. No later than 6/7/2019, plaintiff shall file proof of service of the summons and complaint on defendants. (vdr) (Entered: 05/09/2019) |
| 05/10/2019 | 28 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (iv) (Entered: 05/10/2019) |
| 05/13/2019 | 29 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Lead Plaintiff Lawrence Gallagher. (Kathrein, Reed) (Entered: 05/13/2019) |
| 05/15/2019 | 30 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (iv) (Entered: 05/15/2019) |
| 05/24/2019 | 31 | PROOF OF SERVICE Executed by Lead Plaintiff Lawrence Gallagher, upon Defendant Markus Braun served on 5/16/2019, answer due 6/6/2019; Burkhard Ley served on 5/16/2019, answer due 6/6/2019; Jan Marsalek served on 5/16/2019, answer due 6/6/2019; Susanne Steidl served on 5/16/2019, answer due 6/6/2019; Wirecard AG served on 5/16/2019, answer due 6/6/2019; Alexander von Knoop served on 5/16/2019, answer due 6/6/2019. Service of the Summons and Complaint were executed upon CT Corporation System, agent for service of JPMorgan Chase Bank, N.A., agent for service of Wirecard AG in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons returned. (Kathrein, Reed) (Entered: 05/24/2019) |
| 05/31/2019 | 32 | NOTICE of Appearance filed by attorney Brian Michael Lutz on behalf of Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop (Attorney Brian Michael Lutz added to party Markus Braun(pty:dft), Attorney Brian Michael Lutz added to party Burkhard Ley(pty:dft), Attorney Brian Michael Lutz added to party Jan Marsalek(pty:dft), Attorney Brian Michael Lutz added to party Susanne Steidl(pty:dft), Attorney Brian Michael Lutz |

| | | |
|---|---|---|
| | | added to party Wirecard AG(pty:dft), Attorney Brian Michael Lutz added to party Alexander von Knoop(pty:dft))(Lutz, Brian) (Entered: 05/31/2019) |
| 05/31/2019 | 33 | NOTICE of Appearance filed by attorney Michael J Kahn on behalf of Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop (Attorney Michael J Kahn added to party Markus Braun(pty:dft), Attorney Michael J Kahn added to party Burkhard Ley(pty:dft), Attorney Michael J Kahn added to party Jan Marsalek(pty:dft), Attorney Michael J Kahn added to party Susanne Steidl(pty:dft), Attorney Michael J Kahn added to party Wirecard AG(pty:dft), Attorney Michael J Kahn added to party Alexander von Knoop(pty:dft))(Kahn, Michael) (Entered: 05/31/2019) |
| 05/31/2019 | 34 | STIPULATION to Continue Deadline for Defendants' Motion to Dismiss filed by Defendant Wirecard AG. (Attachments: # 1 Proposed Order)(Lutz, Brian) (Entered: 05/31/2019) |
| 06/03/2019 | 35 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Appearance,, 32 , Notice of Appearance,, 33 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal of Counsel G123. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 06/03/2019) |
| 06/04/2019 | 36 | ORDER DENYING STIPULATION 34 by Judge Fernando M. Olguin. (vdr) (Entered: 06/04/2019) |
| 06/05/2019 | 37 | STIPULATION Extending Time to Answer the complaint as to All Defendants, filed by Defendant Wirecard AG.(Lutz, Brian) (Entered: 06/05/2019) |
| 06/06/2019 | 38 | EX PARTE APPLICATION to Effect Electronic Service on Defendants Resident Outside the United States filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Exhibit A, # 4 Proposed Order) (Smith, Danielle) (Entered: 06/06/2019) |
| 06/07/2019 | 39 | OPPOSITION to EX PARTE APPLICATION to Effect Electronic Service on Defendants Resident Outside the United States 38 filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Attachments: # 1 Declaration of Brian M. Lutz, # 2 Exhibit A)(Lutz, Brian) (Entered: 06/07/2019) |
| 06/12/2019 | 40 | MINUTES (In Chambers) Order Re: Ex Parte Application by Judge Fernando M. Olguin. Having considered the briefing filed with respect to lead plaintiff Lawrence Gallagher's (plaintiff) Ex Parte Application for Leave to Effect Electronic Service (Dkt. 38, Application), the Application (Document No. 38) is granted in part and denied in part as set forth herein. Plaintiff shall effect service of process no later than September 9, 2019. Service must be made in accordance with Federal Rule of Civil Procedure 4. (lom) (Entered: 06/12/2019) |
| 07/09/2019 | 41 | EX PARTE APPLICATION for Order for Appointing Hague Convention International Process Server filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Proposed Order Appointing International Process Server, # 2 Memorandum of Points and Authorities In Support Of Ex Parte Application for Order Appointing Hague Convention International Process Server, # 3 Declaration of Danielle Smith In Support Of Ex Parte Application for Order Appointing Hague Convention International Process Server, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G) (Smith, Danielle) (Entered: 07/09/2019) |
| 07/10/2019 | 42 | OPPOSITION to re: EX PARTE APPLICATION for Order for Appointing Hague Convention International Process Server 41 filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Lutz, Brian) (Entered: 07/10/2019) |
| 07/10/2019 | 43 | REPLY In Support of Ex Parte Application filed by Plaintiff Lawrence Gallagher. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Smith, Danielle) (Entered: 07/10/2019) |

| | | |
|---|---|---|
| 07/15/2019 | 44 | MINUTES (IN CHAMBERS) ORDER RE: EX PARTE APPLICATION 41 by Judge Fernando M. Olguin. The application is granted in part and denied in part. Plaintiff shall effect service no later than 11/8/2019. (vdr) (Entered: 07/15/2019) |
| 07/18/2019 | 45 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Lead Plaintiff Lawrence Gallagher. (Kathrein, Reed) (Entered: 07/18/2019) |
| 07/22/2019 | 46 | 21 DAY Summons Issued re Complaint 1 (Germany) as to Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (lom) (Entered: 07/22/2019) |
| 10/31/2019 | 47 | NOTICE Regarding Service of Foreign Defendants Pursuant to Hague Convention International Process filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Exhibit A)(Smith, Danielle) (Entered: 10/31/2019) |
| 11/06/2019 | 48 | EX PARTE APPLICATION for Order for Extending Time for International Service of Process filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Memorandum of Points and Authorities in Support of Ex Parte Application for Order Extending Time for International Service of Process, # 2 Declaration of Danielle Smith in Support of Ex Parte Application for Order Extending Time for International Service of Process, # 3 Exhibit A, # 4 Proposed Order Extending Time for International Service of Process) (Smith, Danielle) (Entered: 11/06/2019) |
| 11/07/2019 | 49 | OPPOSITION to re: EX PARTE APPLICATION for Order for Extending Time for International Service of Process 48 filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Lutz, Brian) (Entered: 11/07/2019) |
| 11/08/2019 | 50 | REPLY In Further Support of EX PARTE APPLICATION for Order for Extending Time for International Service of Process 48 filed by Plaintiff Lawrence Gallagher. (Smith, Danielle) (Entered: 11/08/2019) |
| 11/25/2019 | 51 | MINUTE ORDER (IN CHAMBERS) by Judge Fernando M. Olguin. The Ex Parte Application for Order Extending Time for International Service of Process is granted. Plaintiff shall effect service of process no later than 1/15/2020. (cw) (Entered: 11/25/2019) |
| 12/12/2019 | 52 | PROOF OF SERVICE Executed by Plaintiff Lawrence Gallagher, upon Defendant Wirecard AG served on 11/5/2019, answer due 11/26/2019. Service of the Summons and Complaint were executed upon Ninkovic Suzana, of Wirecard AG in compliance with Federal Rules of Civil Procedure by method of service not specified.Original Summons NOT returned. *CERTIFICATE OF SERVICE AS TO DEFENDANT WIRECARD AG* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Smith, Danielle) (Entered: 12/12/2019) |
| 01/10/2020 | 53 | Joint STIPULATION to Clarify Schedule for the Filing of an Amended Complaint and the Motion to Dismiss Briefing filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Attachments: # 1 Proposed Order)(Lutz, Brian) (Entered: 01/10/2020) |
| 01/15/2020 | 54 | EX PARTE APPLICATION for Order for Extending Time for International Service of Process filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Memorandum of Points and Authorities in Support of Ex Parte Application for Order Extending Time for International Service of Process, # 2 Declaration of Danielle Smith in Support of Ex Parte Application for Order Extending Time for International Service of Process, # 3 Proposed Order) (Smith, Danielle) (Entered: 01/15/2020) |
| 01/16/2020 | 55 | Defendants' Opposition re: EX PARTE APPLICATION for Order for Extending Time for International Service of Process 54 filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Lutz, Brian) (Entered: 01/16/2020) |
| 01/16/2020 | 56 | |

| | | |
|---|---|---|
| | | REPLY In Further Support of EX PARTE APPLICATION for Order for Extending Time for International Service of Process 54 filed by Plaintiff Lawrence Gallagher. (Smith, Danielle) (Entered: 01/16/2020) |
| 01/27/2020 | 57 | MINUTES (IN CHAMBERS) ORDER RE: EX PARTE APPLICAITON by Judge Fernando M. Olguin. The Application 54 is granted as set forth. Plaintiff shall effect service of process no later than March 15, 2020, and file proofs of service no later than March 17, 2020. (iv) (Entered: 01/27/2020) |
| 01/29/2020 | 58 | MINUTE ORDER IN CHAMBERS RE: STIPULATION 53 by Judge Fernando M. Olguin. Lead plaintiff shall file its first amended complaint no later than 2/14/2020. *See order for other deadlines.* (vdr) (Entered: 01/29/2020) |
| 02/04/2020 | 59 | PROOF OF SERVICE Executed by Plaintiff Lawrence Gallagher, upon Defendant Alexander von Knoop served on 12/24/2019, answer due 1/14/2020. Service of the Summons and Complaint were executed upon Suzana Ninkovic of Wirecard AG in compliance with Federal Rules of Civil Procedure by method of service not specified.Original Summons NOT returned. *Certificate of Service on Alexander von Knoop* (Attachments: # 1 Exhibit A)(Smith, Danielle) (Entered: 02/04/2020) |
| 02/04/2020 | 60 | PROOF OF SERVICE Executed by Plaintiff Lawrence Gallagher, upon Defendant Jan Marsalek served on 12/23/2019, answer due 1/13/2020. Service of the Summons and Complaint were executed upon Suzana Ninkovic of Wirecard AG in compliance with Federal Rules of Civil Procedure by method of service not specified.Original Summons NOT returned. *Certificate of Service on Jan Marsalek* (Attachments: # 1 Exhibit A)(Smith, Danielle) (Entered: 02/04/2020) |
| 02/04/2020 | 61 | PROOF OF SERVICE Executed by Plaintiff Lawrence Gallagher, upon Defendant Markus Braun served on 12/23/2019, answer due 1/13/2020. Service of the Summons and Complaint were executed upon Suzana Ninkovic of Wirecard AG in compliance with Federal Rules of Civil Procedure by method of service not specified.Original Summons NOT returned. *Certificate of Service on Markus Braun* (Attachments: # 1 Exhibit A)(Smith, Danielle) (Entered: 02/04/2020) |
| 02/14/2020 | 62 | First AMENDED COMPLAINT against Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop amending Complaint (Attorney Civil Case Opening) 1 , filed by Lead Plaintiff Lawrence Gallagher (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Kathrein, Reed) (Entered: 02/14/2020) |
| 03/13/2020 | 63 | NOTICE of Interested Parties filed by Defendants All Defendants, identifying Chubb European Group Limited. (Lutz, Brian) (Entered: 03/13/2020) |
| 03/13/2020 | 64 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. Motion set for hearing on 5/7/2020 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # 1 Memorandum of Points and Authorities ISO Defendants' Motion to Dismiss First Amended Class Action Complaint, # 2 Declaration of Brian M. Lutz ISO Defendants' Motion to Dismiss First Amended Class Action Complaint, # 3 Exhibit 1 to B. Lutz Decl., # 4 Exhibit 2 to B. Lutz Decl., # 5 Exhibit 3 to B. Lutz Decl., # 6 Exhibit 4 to B. Lutz Decl., # 7 Exhibit 5 to B. Lutz Decl., # 8 Exhibit 6 to B. Lutz Decl., # 9 Declaration of Iris Stoeckl ISO Defendants' Motion to Dismiss First Amended Class Action Complaint, # 10 Exhibit A to I. Stoeckl Decl., # 11 Declaration of Gerhard Wagner ISO Defendants' Motion to Dismiss First Amended Class Action Complaint, # 12 Exhibit 1 to G. Wagner Decl., # 13 Proposed Order Granting Defendants' Motion to Dismiss First Amended Class Action Complaint) (Lutz, Brian) (Entered: 03/13/2020) |
| 03/13/2020 | 65 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss Case 64 filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, |

| | | |
|---|---|---|
| | | Alexander von Knoop. (Lutz, Brian) (Entered: 03/13/2020) |
| 04/07/2020 | 66 | *STRICKEN* REQUEST to Stay Case pending Publication and Review of KPMG Audit Results for Defendant Wirecard AG filed by Lead Plaintiff Lawrence Gallagher. (Smith, Danielle) Modified on 4/8/2020 (vdr). (Entered: 04/07/2020) |
| 04/08/2020 | 67 | ORDER STRIKING by Judge Fernando M. Olguin Re: REQUEST to Stay Case 66 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): (1) Incorrect document is attached to the docket entry. No pleading of a request attached; and (2) Local Rule 83–2.5 Communications with the Judge. Attorneys or parties to any action or proceeding shall refrain from writing letters to the judge. (vdr) (Entered: 04/08/2020) |
| 04/08/2020 | 68 | EX PARTE APPLICATION to Stay Case pending Publication and Review of KPMG Audit Results for Defendant Wirecard AG filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Memorandum of Points and Authorities in Support of Ex Parte Application for Order Staying Case, # 2 Declaration of Danielle Smith in Support of Ex Parte Application for Order Staying Case, # 3 Proposed Order) (Smith, Danielle) (Entered: 04/08/2020) |
| 04/09/2020 | 69 | OPPOSITION TO re: EX PARTE APPLICATION to Stay Case pending Publication and Review of KPMG Audit Results for Defendant Wirecard AG 68 filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Attachments: # 1 Proposed Order)(Lutz, Brian) (Entered: 04/09/2020) |
| 04/10/2020 | 70 | REPLY In Further Support of EX PARTE APPLICATION to Stay Case pending Publication and Review of KPMG Audit Results for Defendant Wirecard AG 68 filed by Plaintiff Lawrence Gallagher. (Smith, Danielle) (Entered: 04/10/2020) |
| 04/14/2020 | 71 | NOTICE of Plaintiff's Failure to Oppose Defendants' Motion to Dismiss First Amended Class Action Complaint for Violation of the Federal Securities Laws filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Attachments: # 1 Declaration of Brian M. Lutz ISO Notice)(Lutz, Brian) (Entered: 04/14/2020) |
| 04/15/2020 | 72 | ORDER RE: PENDING MOTION by Judge Fernando M. Olguin. IT IS ORDERED THAT: 1. Defendants' Motion to Dismiss the First Amended Class Action Complaint (Document No. 64 ) is denied without prejudice. 2. Plaintiffs' Ex Parte Application for Order Staying the Case (Document No. 68 ) is denied as moot. 3. Defendants shall file their Answer to the Complaint or a Rule 12(b)(6) motion without incorporating any documents by reference or attaching any exhibits no later than April 29, 2020. (lom) (Entered: 04/16/2020) |
| 04/17/2020 | 73 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. Motion set for hearing on 5/21/2020 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # 1 Memorandum of Points and Authorities ISO Defendants' Motion, # 2 Declaration of I. Stoeckl, # 3 Exhibit A to Decl. of I. Stoeckl, # 4 Declaration of G. Wagner, # 5 Exhibit 1 to Decl. of G. Wagner, # 6 Proposed Order Granting Defendants' Motion) (Lutz, Brian) (Entered: 04/17/2020) |
| 04/30/2020 | 74 | EX PARTE APPLICATION to Stay Case pending Briefing on Motion to Dismiss, Notice of Intent and Request to File Motion for Leave to Amend the First Amended Complaint filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Proposed Order, # 2 Memorandum of Points and Authorities In Support of Ex Parte Application, # 3 Declaration of Danielle Smith In Support of Ex Parte Application, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J) (Smith, Danielle) (Entered: 04/30/2020) |
| 05/01/2020 | 75 | OPPOSITION TO re: EX PARTE APPLICATION to Stay Case pending Briefing on Motion to Dismiss, Notice of Intent and Request to File Motion for Leave to Amend the First Amended |

| | | |
|---|---|---|
| | | Complaint 74 filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Attachments: # 1 Declaration of Brian M. Lutz ISO Defendants' Opposition, # 2 Proposed Order)(Lutz, Brian) (Entered: 05/01/2020) |
| 05/01/2020 | 76 | NOTICE of Plaintiff's Failure to Oppose Defendants' Motion to Dismiss First Amended Class Action Complaint for Violation of the Federal Securities Laws filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Lutz, Brian) (Entered: 05/01/2020) |
| 05/04/2020 | 77 | REPLY In Further Support of EX PARTE APPLICATION to Stay Case pending Briefing on Motion to Dismiss, Notice of Intent and Request to File Motion for Leave to Amend the First Amended Complaint 74 filed by Plaintiff Lawrence Gallagher. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Smith, Danielle) (Entered: 05/04/2020) |
| 05/11/2020 | 78 | MINUTES (IN CHAMBERS) by Judge Fernando M. Olguin. The Application 74 is granted. No later than 8/14/2020, lead plaintiff shall file a motion to amend the First Amended Complaint. Defendants' Motion to Dismiss 73 is denied as moot. (vdr) (Entered: 05/11/2020) |
| 08/11/2020 | 79 | PROOF OF SERVICE Executed by Plaintiff Lawrence Gallagher, upon Defendant Burkhard Ley served on 12/10/2019, answer due 4/29/2020; Susanne Steidl served on 12/10/2019, answer due 4/29/2020. Service of the Summons and Complaint were executed upon Wirecard AG in compliance with Federal Rules of Civil Procedure by substituted service at business address and no service by mail was executed.Original Summons NOT returned. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Smith, Danielle) (Entered: 08/11/2020) |
| 08/13/2020 | 80 | STIPULATION to Stay Case pending Service on Additional Defendants filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Attachments: # 1 Proposed Order)(Lutz, Brian) (Entered: 08/13/2020) |
| 08/14/2020 | 81 | ORDER REGARDING FILING OF AMENDED COMPLAINT AND STAY OF BRIEFING PENDING SERVICE ON ADDITIONAL DEFENDANTS 80 by Judge Fernando M. Olguin. Lead Plaintiff shall file an amended complaint on or before August 14, 2020. *See Order for Details.* (iv) (Entered: 08/14/2020) |
| 08/14/2020 | 82 | Second AMENDED COMPLAINT against Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop, Wulf Matthias, Ernst & Young GmbH amending Amended Complaint/Petition,, 62 , Complaint (Attorney Civil Case Opening) 1 , filed by Lead Plaintiff Lawrence Gallagher (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Kathrein, Reed) (Entered: 08/14/2020) |
| 08/28/2020 | 83 | NOTICE Filing of Motion to Intervene in the Second Filed Case in the Eastern District of Pennsylvania filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Exhibit A)(Smith, Danielle) (Entered: 08/28/2020) |
| 09/21/2020 | 84 | NOTICE of Filing of Withdrawal of Motion to Intervene in the Second Filed Case in the Eastern District of Pennsylvania filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 E.D. Pa. Withdrawal of Motion)(Smith, Danielle) (Entered: 09/21/2020) |
| 10/07/2020 | 85 | NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Pennsylvania , NOTICE OF MOTION AND MOTION to Lift Stay re Current Stay for the Limited Purpose of Considering the Instant Motion filed by Lead Plaintiff Lawrence Gallagher. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion to Transfer Venue and Limited Request to Lift Stay, # 2 Proposed Order) (Smith, Danielle) (Entered: 10/07/2020) |
| 10/08/2020 | 86 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Motion to Transfer 85 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. In response to this notice, the Court may: (1) order an amended or correct document to |

| | | |
|---|---|---|
| | | be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (iv) (Entered: 10/08/2020) |
| 10/08/2020 | 87 | NOTICE OF NON–OPPOSITION to NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Pennsylvania NOTICE OF MOTION AND MOTION to Lift Stay re Current Stay for the Limited Purpose of Considering the Instant Motion 85 filed by Defendants Markus Braun, Burkhard Ley, Jan Marsalek, Susanne Steidl, Wirecard AG, Alexander von Knoop. (Lutz, Brian) (Entered: 10/08/2020) |
| 10/08/2020 | 88 | ORDER GRANTING LEAD PLAINTIFF'S MOTION 85 TO TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404 AND GRANTING LIMITED REQUEST TO LIFT STAY by Judge Fernando M. Olguin. The stay is lifted for the limited purpose of this Court's consideration of the Motion to Transfer. The above–captioned action shall be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. 1404. Case transferred electronically. MD JS–6. Case Terminated. (iv) (Entered: 10/09/2020) |