IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WIRECARD AG SECURITIES LITIGATION
:           Case No.: 20-5017

ORDER

**AND NOW**, this 10th day of April 2024, in accordance with the attached order, this case is marked as **STAYED.**

    s/ANITA B. BRODY, J.
    HONORABLE ANITA B. BRODY

civil-o.frm (9/97)